IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)

| | | |
|---|---|---|
| IN RE: | ) | Case No.: 17-24051-GLT |
| | ) | |
| STEVEN G. SKERIOTIS, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | |
| ********************************** | ) | Doc. # ____ |
| | ) | |
| FIRST COMMONWEALTH BANK, | ) | Related Doc. # 28 |
| | ) | |
| Movant, | ) | |
| | ) | Hearing Date: January 17, 2018 |
| vs. | ) | |
| | ) | Hearing Time: 9:00am |
| STEVEN G. SKERIOTIS | ) | |
| and RONDA J. WINNECOUR, Trustee, | ) | |
| | ) | |
| Respondents. | ) | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE
ON FIRST COMMONWEALTH BANK'S MOTION FOR RELIEF FROM
AUTOMATIC STAY**

**TO THE RESPONDENTS:**

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than **January 5, 2018,** i.e. seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov.  If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.  Please refer to the Judge's calendar posted on the website at www.pawb.uscourts.gov to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this notice to your lawyer at once.

A hearing will be held on **Wednesday, January 17, 2018, at 9:00 a.m.** before Judge Gregory L. Taddonio in Courtroom A, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.  Only a limited time of 10 minutes is being provided on the calendar.  No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court.  An order granting relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

                                                                     McGRATH McCALL, P.C.

Date: December 19, 2017                          By: /s/ Preston D. Jaquish
                                                         Preston D. Jaquish, Esquire
                                                         PA I.D. No. 316463
                                                         Four Gateway Center, Suite 1040
                                                         444 Liberty Avenue
                                                         Pittsburgh, PA 15222
                                                         Telephone: (412) 281-4333
                                                         Facsimile: (412) 281-2141
                                                         pjaquish@lenderlaw.com
                                                         Attorney for Movant