IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)

| | |
|---|---|
| IN RE: | Case No.: 17-24051-GLT |
| STEVEN G. SKERIOTIS, | Chapter 13 |
| Debtor. | |
| ********************************** | |
| FIRST COMMONWEALTH BANK, | |
| Movant, | |
| vs. | |
| STEVEN G. SKERIOTIS, and RONDA J. WINNECOUR, Trustee, | |
| Respondents. | |

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and correct copies of the foregoing Motion for Relief from Automatic Stay *and* Notice of Hearing with Response Deadline, were served on the following on December 19, 2017, by First Class U.S. Mail, postage pre-paid, and/or electronic mail (through the ECF system) as indicated:

Steven G. Skeriotis
4406 South Beverly Drive
Aliquippa, PA 15001
*(Debtor)*

Paul W. McElrath, Jr.
ecf@mcelrathlaw.com
*(Debtor's Counsel)*

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com
*(Trustee)*

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov
*(U.S. Trustee)*

        McGRATH McCALL, P.C.

By: */s/ Preston D. Jaquish*
    Preston D. Jaquish
    PA I.D. No. 316463
    Four Gateway Center, Suite 1040
    444 Liberty Avenue
    Pittsburgh, PA 15222
    Telephone: (412) 281-4333
    Facsimile: (412) 281-2141
    pjaquish@lenderlaw.com
    Attorneys for First Commonwealth Bank