**FILED**

JAN 18 2018

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)

| | |
|---|---|
| IN RE: | Case No.: 17-24051-GLT |
| STEVEN G. SKERIOTIS, | Chapter 13 |
| Debtor. | |
| ************************************ | Related to Dkt. No. 39 |
| FIRST COMMONWEALTH BANK, | |
| Movant, | |
| vs. | Hearing Date: January 17, 2018 |
| STEVEN G. SKERIOTIS | Hearing Time: 9:00am |
| and RONDA J. WINNECOUR, Trustee, | |
| Respondents. | |

## ORDER OF COURT

Upon consideration of First Commonwealth Bank's Motion for Relief from Automatic Stay, **IT IS HEREBY ORDERED, ADJUDGED, DETERMINED, FOUND and DECREED** that:

1. The Motion is GRANTED.

2. First Commonwealth Bank, is hereby granted relief from the automatic stay and any applicable co-debtor stay with respect to the collateral identified in the Motion as the "Properties" which is commonly known as:

   a. 1201 Merchant Street, Ambridge, PA 15003;

   b. 2107 Broadhead Road, Aliquippa, PA 15001;

   c. 2503 Duss Avenue, Ambridge, PA 15003;

      d. 307 Merchant Street, Ambridge, PA 15003;

      e. 291 12th Street, Ambridge, PA 15003.

3. First Commonwealth Bank may exercise its state law rights and remedies with respect to the collateral identified in the Motion as the "Properties" including without limitation foreclosure.

4. Movant shall serve a copy of this Order on respondent(s), their counsel, the Trustee and U.S. Trustee. Movant shall file a certificate of service within 3 days hereof.

BY THE COURT:

_____ J.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                  Case No. 17-24051-GLT
Steven G. Skeriotis                                                                     Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: bsil              Page 1 of 1              Date Rcvd: Jan 18, 2018
                               Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 20, 2018.
db         +Steven G. Skeriotis,    4406 South Beverly Drive,    Aliquippa, PA 15001-4649

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 18, 2018 at the address(es) listed below:
      Allison L. Carr    on behalf of Creditor    Duquesne Light Company acarr@bernsteinlaw.com, acarr@ecf.courtdrive.com;cwirick@ecf.courtdrive.com
      James Warmbrodt    on behalf of Creditor    Kubota Credit Corporation bkgroup@kmllawgroup.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Paul W. McElrath, Jr.    on behalf of Debtor Steven G. Skeriotis ecf@mcelrathlaw.com, donotemail.ecfbackuponly@gmail.com
      Preston D. Jaquish    on behalf of Creditor    First Commonwealth Bank pjaquish@lenderlaw.com
      Robert J. Taylor    on behalf of Creditor    Beaver County Tax Claim Bureau rjt52@hotmail.com, barristerob@gmail.com
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 7