# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 17-24051-GLT |
| **Steven G. Skeriotis,** | : | |
| | : | **CHAPTER 13** |
| Debtor | : | |
| | : | RELATED TO DOCKET NO. 52, 54 |
| **Steven G. Skeriotis,** | : | |
| | : | HEARING DATE & TIME: |
| Movant | : | February 28, 2018 at 9:30 AM |
| vs. | : | |
| | : | |
| **First Commonwealth Bank,** | : | |
| | : | |
| Respondent | : | |
| | : | |
| And | : | |
| | : | |
| **Ronda J. Winnecour, Esquire, Trustee,** | : | |
| Additional Respondent | : | |

## CERTIFICATE OF SERVICE

I, **the undersigned**, Paralegal of the law firm McElrath Legal Holdings, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true copy of the **Order Dated February 1, 2018, Together With the Motion to Reconsider Order Granting Motion for Relief from Stay, Attached Exhibits, and Proposed Order of Court** on the parties at the addresses on the attached matrix by Regular, first class United States mail, postage fully pre-paid.

Executed on:  February 1, 2018

By:   /s/Zeke Porter
Zeke Porter, Paralegal
McElrath Legal Holdings, LLC
1641 Saw Mill Run Boulevard
Pittsburgh, PA 15210
Tel: 412.765.3606

Fax: 412.765.1917

Case 17-24051-GLT    Doc 55    Filed 02/01/18    Entered 02/01/18 12:37:57    Desc Main
Document    Page 2 of 3

## MATRIX

RONDA J. WINNECOUR, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
SUITE 3250 USX TOWER
600 GRANT STREET
PITTSBURGH, PA  15219

Steven G. Skeriotis
4406 South Beverly Drive
Aliquippa, PA 15001

McGrath McCall, P.C.
Four Gateway Center
Suite 1040
Pittsburgh, PA 15222
Attn: Preston D. Jaquish, Esquire