Form 005

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Steven G. Skeriotis**
   Debtor(s)

Bankruptcy Case No.: 17−24051−GLT
Chapter: 13
Related to Document No.: 28
Concil. Conf.: April 26, 2018 at 01:30 PM

## ORDER

      On February 22, 2018, a Conciliation Conference was conducted on thePlan dated 11/10/2017, at which time the Chapter 12/13 Trustee recommended that an Amended Plan is necessary.

      **AND NOW,** this **The 23rd of February, 2018**, it is hereby **ORDERED, ADJUDGED** and **DECREED** that:

      (1)  **On or before 3/23/2018,** the Debtor(s) shall file and serve a copy of this **Order** and an **Amended Plan** on the Chapter 13 Trustee and all Parties listed on the *Current Official Mailing Matrix*. The Debtor(s) shall also complete and file the accompanying **Certificate of Service**.

      (2)  **On or before 4/13/2018,** all *Objections* to the *Amended Plan* must be filed and served on the Debtor(s), Chapter 13 Trustee, and any creditor whose claim is the subject of the *Objection*. Untimely objections will not be considered.

      (3)  **On April 26, 2018 at 01:30 PM ,** a Conciliation Conference on the Debtor(s)' *Amended Plan* is scheduled in the 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

      (4)  If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation Conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

      (5)  Failure to timely file an *Amended Plan* and *Certificate of Service* shall result in the imposition of sanctions, which may include dismissal or conversion of the case, an order of contempt, monetary sanctions or other remedial measures.

      (6)

Dated: February 23, 2018

cm: Debtor
    Counsel for Debtor

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Steven G. Skeriotis  
    Debtor

Case No. 17-24051-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: dbas      Page 1 of 1      Date Rcvd: Feb 23, 2018  
                       Form ID: 005     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2018.  
db         +Steven G. Skeriotis,   4406 South Beverly Drive,   Aliquippa, PA 15001-4649

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.          TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2018                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2018 at the address(es) listed below:

      Allison L. Carr   on behalf of Creditor   Duquesne Light Company acarr@bernsteinlaw.com, acarr@ecf.courtdrive.com;cwirick@ecf.courtdrive.com  
      James Warmbrodt   on behalf of Creditor   Kubota Credit Corporation bkgroup@kmllawgroup.com  
      Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov  
      Paul W. McElrath, Jr.   on behalf of Debtor Steven G. Skeriotis ecf@mcelrathlaw.com, donotemail.ecfbackuponly@gmail.com  
      Preston D. Jaquish   on behalf of Creditor   First Commonwealth Bank pjaquish@lenderlaw.com  
      Robert J. Taylor   on behalf of Creditor   Beaver County Tax Claim Bureau rjt52@hotmail.com, barristerob@gmail.com  
      Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com  
      Samuel James Pasquarelli   on behalf of Creditor   Clearview Federal Credit Union sjp@sgkpc.com, pms@sgkpc.com  
                                                       TOTAL: 8