**Form 150**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

Bankruptcy Case No.: 17−24051−GLT
Issued Per 2/2/2018 Proceeding
Chapter: 13
Docket No.: 61 − 28
Conciliation Conference Date: 4/26/18 at 01:30 PM

**Steven G. Skeriotis**
  Debtor(s)

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the _____ day of _____, _____, I served a copy of the within *Order* together with the *Amended Plan* filed in this proceeding, by (describe the mode of service):

on the respondent(s) at (list names and addresses here):

Executed on _____     _____
                  (Date)                              (Signature)

_____
(Type Name and Mailing Address of Person Who Made Service)

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Steven G. Skeriotis
    Debtor

Case No. 17-24051-GLT
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: dbas    Page 1 of 1    Date Rcvd: Feb 23, 2018
    Form ID: 150    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2018.
db    +Steven G. Skeriotis,   4406 South Beverly Drive,   Aliquippa, PA 15001-4649

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2018    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2018 at the address(es) listed below:
    Allison L. Carr    on behalf of Creditor    Duquesne Light Company acarr@bernsteinlaw.com, acarr@ecf.courtdrive.com;cwirick@ecf.courtdrive.com
    James Warmbrodt    on behalf of Creditor    Kubota Credit Corporation bkgroup@kmllawgroup.com
    Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
    Paul W. McElrath, Jr.    on behalf of Debtor Steven G. Skeriotis ecf@mcelrathlaw.com, donotemail.ecfbackuponly@gmail.com
    Preston D. Jaquish    on behalf of Creditor    First Commonwealth Bank pjaquish@lenderlaw.com
    Robert J. Taylor    on behalf of Creditor    Beaver County Tax Claim Bureau rjt52@hotmail.com, barristerob@gmail.com
    Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
    Samuel James Pasquarelli    on behalf of Creditor    Clearview Federal Credit Union sjp@sgkpc.com, pms@sgkpc.com
    TOTAL: 8