# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

**Debtor:** STEVEN G. SKERIOTIS
**Case Number:** 17-24051-GLT         **Chapter:** 13
**Date / Time / Room:** THURSDAY, FEBRUARY 22, 2018 03:00 PM    3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

### *Matter:*

#28 - Final Confirmation of Plan Dated 11/10/2017 (NFC)
R / M #: 28 / 0

### *Appearances:*

Debtor: _meta p_
Trustee: Winnecour / (Pail) / Katz

Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. __X__ An Amended Plan is to be served on all creditors and/certificate of service filed by _3/23/18_
    Objections are due on or before _4/13/18_.
    A hearing on the Amended Plan is set for _4/26/18_ at _1:30_.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

2/16/2018    1:57:29PM