IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN G. SKERIOTIS, | ) Chapter 13 |
| | ) |
| Debtor. | ) Case No. 17-24051-GLT |
| | ) |
| CLEARVIEW FEDERAL CREDIT UNION, | ) |
| | ) Docket No. |
| Movant | ) |
| | ) |
| v. | ) Hearing Date and Time: |
| | ) |
| STEVEN G. SKERIOTIS | ) March 28, 2018 |
| and RONDA J. WINNECOUR, Trustee, | ) 9:00 AM |
| | ) |
| Respondents | ) |

**CERTIFICATE OF NO OBJECTION REGARDING MOTION OF CLEARVIEW FEDERAL CREDIT UNION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO SECTION 362(d) OF TITLE 11, UNITED STATES CODE**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion For Relief From Stay filed on February 7, 2018 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion For Relief From Stay appears thereon. Pursuant to the Notice of Hearing, objections to the Motion For Relief From Stay were to be filed and served no later than February 26, 2018.

It is hereby respectfully requested that the Order attached to the Motion For Relief From Stay be entered by the Court.

Date: February 27, 2018        /s/ Samuel J. Pasquarelli

535 Smithfield Street, Suite 300

Pittsburgh, PA 15222-2319

(412) 355-0200

PA I. D. 00906

sjp@sgkpc.com

{S1168955.1}