IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN G. SKERIOTIS, ) | Chapter 13 |
| ) | |
| Debtor. ) | Case No. 17-24051-GLT |
| ) | |
| CLEARVIEW FEDERAL CREDIT UNION, ) | |
| ) | Docket No. |
| Movant ) | |
| ) | |
| v. ) | |
| ) | Hearing Date and Time: |
| STEVEN G. SKERIOTIS ) | |
| and RONDA J. WINNECOUR, Trustee, ) | March 28, 2018 |
| ) | 9:00 AM |
| Respondents ) | |

## CERTIFICATE OF SERVICE OF DEFAULT ORDER

I, Samuel J. Pasquarelli, of 535 Smithfield Street, Suite 300, Pittsburgh, PA 15222

**CERTIFY:**

**That I am at least 18 years of age:**

**That on February 28, 2018, I served a copy of the Default Order dated and entered**

**in these proceedings on February 27, 2018 on:**

Steven G. Skeriotis, Debtor
Paul W. McElrath, Jr., Esq., Attorney for Debtors
Ronda J. Winnecour, Trustee
Office of the United States Trustee


**On the Respondents in this proceeding by**

United States Mail, first class, postage prepaid

**At the following addresses:**

{S1168954.1}

1

Steven G. Skeriotis
4406 South Beverly Drive
Aliquippa, PA 15001

Paul W. McElrath, Jr., Esq.
McElrath Legal Holdings, LLC
1641 Saw Mill Run Blvd.
Pittsburgh, PA 15210

Office of the United States Trustee
Suite 970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Ronda J. Winnecour, Trustee
3250 USX Tower
600 Grant Street
Pittsburgh, PA 15219

Executed on February 28, 2018

_____
Samuel J. Pasquarelli, Esq.
535 Smithfield Street, Suite 300
Pittsburgh, PA 15222-2319
(412) 355-0200
PA I. D. 00906
sjp@sgkpc.com

{S1168954.1}

2