# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 17-24051-GLT |
| | : | |
| STEVEN G. SKERIOTIS, | : | CHAPTER 13 |
| DEBTOR | : | |
| | : | RELATED TO DOC. NO. 69 |
| STEVEN G. SKERIOTIS, | : | |
| MOVANT | : | |
| | : | |
| vs. | : | |
| | : | |
| ALLIANCE LAUNDRY, | : | |
| BEAVER CO DRS, | : | |
| BEAVER COUNTY TCB, | : | |
| CHASE CARD, | : | |
| CLEARVIEW FEDERAL CU, | : | |
| DOROTHY MICHALEK, | : | |
| FIRST COMMONWEALTH, | : | |
| KUBOTA CREDIT, | : | |
| MCGRATH MCCALL, P.C | : | |
| MIDLAND FUNDING, | : | |
| PA DEPT OF REVENUE, | : | |
| PATRICIA SKERIOTIS, | : | |
| PORTFOLIO RECOVERY, | : | |
| PRA RECIEVABLES, | : | |
| WELLS FARGO BANK, | : | |
| AND | : | |
| RONDA J. WINNECOUR, ESQ. | : | |
| CHAPTER 13 TRUSTEE, | : | |
| RESPONDENTS | : | |

## CERTIFICATE OF SERVICE ORDER DATED FEBRUARY 28, 2018

I, Sharla Munroe, the undersigned Paralegal of the law firm McElrath Legal Holdings LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the above-referenced Order dated February 28, 2018, on the parties on the parties at the addresses on the attached matrix. Service made on the parties was first-class mail or electronic notification.

EXECUTED ON: March 1, 2018

By:  /s/Sharla Munroe
Sharla Munroe, Paralegal
McElrath Legal Holdings LLC
1641 Saw Mill Run Boulevard
Pittsburgh, PA 15210
(412)765-3606

**MATRIX**

**Service by NEF**

Office of the U.S. Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour, Esquire
Chapter 13 Trustee
cmecf@chapter13trusteewdpa.com

**Service by First-Class Mail**

Steven Skeriotis
4406 South Beverly Drive
Aliquippa, PA 15001

Alliance Laundry Systems LLC
c/o Kohner, Mann & Kailas, S.C.
4650 North Port Washington Road
Milwaukee, WI 53212

Beaver Co Drs
Court House Annex Third
Beaver, PA 15009

Beaver County Tax Claim Bureau
810 3rd Street
Beaver, PA 15009

Chase Card
Po Box 15298
Wilmington, DE 19850

Clearview Federal Credit Union
8805 University Blvd.
Moon Township, PA 15108

Dorothy Michalek
2058 Broadhead Road
Aliquippa, PA 15001

First Commonwealth Bank
601 Philadelphia St
Indiana, PA 15701

Kubota Credit Corporat
4400 Amon Carter Blvd St
Fort Worth, TX 76155

McGrath McCall, P.C.
Attn: Preston Jaquish, Esq.
Four Gateway Center, Suite 1040
444 Liberty Avenue
Pittsburgh, PA 15222

Midland Funding
PO Box 2011
Warren, MI 48090

PA Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0496

Patricia Skeriotis
1206 N. Larrabee Street
Hollywood, CA 90069

Portfolio Recovery Associates, LLC
POB 12914
Norfolk, VA 23541

PRA Receivables Management
PO Box 41021
Norfolk, VA 23541

Wells Fargo Bank, N.A.
PO Box 10438
Des Moines, IA 50306