IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)

| | |
|---|---|
| IN RE: | Case No.: 17-24051-GLT |
| STEVEN G. SKERIOTIS, | Chapter 13 |
| Debtor. | |
| ************************************ | Doc. # ____ |
| FIRST COMMONWEALTH BANK, | Related Doc. # 28 |
| Movant, | |
| | Hearing Date: January 17, 2018 |
| vs. | |
| | Hearing Time: 9:00am |
| STEVEN G. SKERIOTIS and RONDA J. WINNECOUR, Trustee, | |
| Respondents. | |

## ORDER OF COURT

Upon consideration of First Commonwealth Bank's Motion for Relief from Automatic Stay, **IT IS HEREBY ORDERED, ADJUDGED, DETERMINED, FOUND and DECREED** that:

1. The Motion is GRANTED.

2. First Commonwealth Bank, is hereby granted relief from the automatic stay and any applicable co-debtor stay with respect to the collateral identified in the Motion as the "Properties" which is commonly known as:

   a. 1201 Merchant Street, Ambridge, PA 15003;

   b. 2107 Broadhead Road, Aliquippa, PA 15001;

   c. 2503 Duss Avenue, Ambridge, PA 15003;

    d. 307 Merchant Street, Ambridge, PA 15003;

    e. 291 12th Street, Ambridge, PA 15003.

  3. First Commonwealth Bank may exercise its state law rights and remedies with respect to the collateral identified in the Motion as the "Properties" including without limitation foreclosure.

            BY THE COURT:

            _____
                          J.