UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 17-24051-GLT |
| | : | |
| STEVEN G. SKERIOTIS | : | Chapter 13 |
| | : | |
| Debtor | : | Judge TADDONIO |
| ****************************** | : | |
| BEAVER COUNTY TAX CLAIM BUREAU | : | |
| | : | Hearing Date/Time: |
| Movant | : | 5/23/2018 at 10:30am |
| | : | |
| -vs- | : | Objection Date: 5/15/2018 |
| | : | |
| STEVEN G. SKERIOTIS, | : | |
| Debtors, and FIRST COMMONWEALTH | : | |
| BANK, and PATRICIA SKERIOTIS, and | : | |
| RONDA J. WINNECOUR, Trustee | : | |
| Respondents | : | |

**CERTIFICATION OF NO OBJECTION REGARDING
(MOTION OF BEAVER COUNTY TAX CLAIM BUREAU FOR MOTION FOR RELIEF FROM STAY)[Doc. 84]**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the [Application/Motion] filed on April 27, 2018 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the [Application/Motion] appears thereon. Pursuant to the Notice of Hearing, objections to the [Application/Motion] were to be filed and served no later than May 15, 2018.

It is hereby respectfully requested that the Order attached to the [Application/Motion] be entered by the Court.

Dated: May 16, 2018        By: /s/ Robert J. Taylor
                                Signature

                                Robert J. Taylor, Esq.
                                Typed Name

                                337 Merchant Street, Ambridge, PA 15003
                                Address

                                724-266-2370
                                Phone No.

                                PA BAR ID 05268
                                List Bar I.D. and State of Admission

**PAWB Local Form 25 (07/13)**