UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 17-24051-GLT |
| | : | |
| STEVEN G. SKERIOTIS | : | Chapter 13 |
| | : | |
| Debtor | : | Judge TADDONIO |
| ***************************** | : | |
| BEAVER COUNTY TAX CLAIM | : | Related to Doc. 93 |
| BUREAU | : | |
| Movant | : | |
| | : | |
| -vs- | : | |
| | : | |
| STEVEN G. SKERIOTIS, | : | |
| Debtors, and FIRST COMMONWEALTH | : | |
| BANK, and PATRICIA SKERIOTIS, and | : | |
| RONDA J. WINNECOUR, Trustee | : | |
| Respondents | : | |

## CERTIFICATE OF SERVICE OF
### Modified Default ORDER Granting Relief From Stay (Doc. 93)

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (May 18, 2018):

Steven G. Skeriotis
4406 South Beverly Drive
Aliquippa, PA 15001

Paul W. McElrath, Jr., Esq.
McElrath Legal Holdings, LLC
1641 Saw Mill Run Boulevard
Pittsburgh, PA 15210

Ronda J. Winnecour, Esq.
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

First Commonwealth Bank
c/o Brenda Wainwright
654 Philadelphia Street
P.O. Box 400
Indiana, PA 15701

Preston D. Jaquish, Esq.
McGrath McCall, P.C.
Four Gateway Center, Suite 1040
444 Liberty Avenue
Pittsburgh, PA 15222

Patricia Skeriotis
1206 N. Larrabee Street
Hollywood, CA 90069

Kevin McIlwain
Beaver County Tax Claim Bureau
810 Third Street Courthouse
Beaver, PA 15009

Office of the County Solicitor
810 Third Street Courthouse
Beaver, PA 15009

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  Regular US Mail, Postage Pre-Paid.

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON: <u>May 18, 2018</u>

                          By:    <u>/s/ Robert J. Taylor</u>
                                  Signature
                                  <u>Robert J. Taylor, Esq.</u>
                                  Typed Name
                                  <u>337 Merchant Street, Ambridge, PA 15003</u>
                                  Address
                                  <u>724-266-2370</u>
                                  Phone No.
                                  <u>PA ID 05268</u>
                                  List Bar I.D. and State of Admission

**PAWB Local Form 7 (07/13)**