Form 149

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Steven G. Skeriotis**
Debtor(s)

Bankruptcy Case No.: 17–24051–GLT
Issued Per 2/28/2019 Proceeding
Chapter: 13
Docket No.: 111 – 99
Concil. Conf.: February 28, 2019 at 03:00 PM

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED**
**AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated October 24, 2018 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☑ A. For the remainder of the Plan term, the periodic Plan payment is amended to be $3,226.00 as of March, 2019. Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B. The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐ C. Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on Feb. 28, 2019 at 03:00 PM, in 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D. Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E. The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F. shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☑ G. The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: Claim No. 6 of PA Rev, Claim No. 9 & 27 of Beaver County TCB at 9% secured .

☑ H. Additional Terms: The secured claim(s) of the following Creditor(s) shall govern as to claim amount, to be paid a the modified plan terms: Claim No. 22 of Alliance Laundry at $100.00 per month.

A Fee Application is needed if any fee (including retainer) exceeds $4,000.00 including and fees paid to prior counsel.

By agreement of the partners, the claim of Clearview FCU (Claim No. 13 shall be paid on a secured balance of $12,500.00 at 3.25% at a payment computed by Trustee with the Balance treated as unsecured to share in any available unsecured pool.

*(2.)*   *IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.**   **Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.**   **Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.**   **Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.**   **Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.**   **Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)* **IT IS FURTHER ORDERED THAT:**

**A.** After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.** Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.** Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty–one (21) days prior to the change taking effect.

**D.** Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016–1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.** The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre–confirmation defaults in any subsequent motion to dismiss.

**F.** In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Dated: March 1, 2019

cc: All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-24051-GLT
Steven G. Skeriotis                                                       Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dbas              Page 1 of 2              Date Rcvd: Mar 01, 2019
                              Form ID: 149            Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 03, 2019.
db          +Steven G. Skeriotis,    4406 South Beverly Drive,    Aliquippa, PA 15001-4649
cr          +Beaver County Tax Claim Bureau,    Beaver County Courthouse,   810 Third Street,
              Beaver, PA 15009-2100
cr          +First Commonwealth Bank,    c/o McGrath McCall, P.C.,   Four Gateway Center, Suite 1040,
              444 Liberty Avenue,    Pittsburgh, PA 15222-1225
14707225    +Alliance Laundry Systems LLC,    c/o Kohner, Mann & Kailas, S.C.,
              4650 North Port Washington Road,    Milwaukee, WI 53212-1077
14707226     Beaver Co Drs,    Court House Annex Third,    Beaver, PA 15009
14707227    +Beaver County Tax Claim Bureau,    810 3rd Street,   Beaver, PA 15009-2139
14727202    +Best Buy/CBNA,    PO Box 6497,   Sioux Falls, SD 57117-6497
14727204    +CBUSA/Sears,   13200 Smith Road,    Cleveland, OH 44130-7802
14707228    +Chase Card,    Po Box 15298,   Wilmington, DE 19850-5298
14707230     Dorothy Michalek,    2058 Broadhead Road,    Aliquippa, PA 15001
14727209    +Farneth & Thomasvich,    437 Grant St #1000,   Pittsburgh, PA 15219-6013
14735192    +First Commonwealth Bank,    c/o Preston Jaquish, Esquire,   McGrath McCall, P.C.,
              Four Gateway Center, Suite 1040,    444 Liberty Avenue,   Pittsburgh, PA 15222-1220
14707232     Kubota Credit Corporat,    4400 Amon Carter Blvd St,   Fort Worth, TX 76155
14725838    +Kubota Credit Corporation,    PO Box 9013,   Addison, Texas 75001-9013
14727212    +Macys dsnb,    9111 Duke Boulevard,   Mason, OH 45040-8999
14707233    +McGrath McCall, P.C.,    Four Gateway Center, Suite 1040,    444 Liberty Avenue,
              Pittsburgh, PA 15222-1220
14727216    +PA SCDU,    PO Box 69110,   Harrisburg, PA 17106-9110
14707236    #+Patricia Skeriotis,    1206 N. Larrabee Street,   Hollywood, CA 90069-2004
14727217    #+Patricia Skeriotis,    1206 N. Larrabee Street,   Los Angeles, CA 90069-2004
14707239    +Wells Fargo Bank, N.A.,    PO Box 10438,   Des Moines, IA 50306-0438
14740921     Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,   Des Moines,   IA    50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14727203     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 02 2019 03:42:00     Capital One,
              PO Box 30281,   Salt Lake City, UT 84130-0281
14707229     +E-mail/Text: bankruptcy@clearviewfcu.org Mar 02 2019 03:38:33
              Clearview Federal Credit Union,   8805 University Blvd.,   Moon Township, PA 15108-4212
14727208     +E-mail/Text: kburkley@bernsteinlaw.com Mar 02 2019 03:39:23     Duquesne Light Company,
              c/o Allison Carr,    Bernstein Law Firm, P.C.,   707 Grant St. Suite 2200, Gulf Tower,
              Pittsburgh, PA 15219-1900
14707231     +E-mail/Text: bankruptcynotice@fcbanking.com Mar 02 2019 03:37:39     First Commonwealth Bank,
              601 Philadelphia St,   Indiana, PA 15701-3952
14707234     +E-mail/Text: bankruptcydpt@mcmcg.com Mar 02 2019 03:38:33     Midland Funding,   PO Box 2011,
              Warren, MI 48090-2011
14707235      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 02 2019 03:38:21     PA Department of Revenue,
              Bankruptcy Division,   PO Box 280946,   Harrisburg, PA 17128-0496
14707237      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 02 2019 04:09:32
              Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk, VA 23541
14707238     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 02 2019 03:42:03
              PRA Receivables Management,    PO Box 41021,   Norfolk, VA 23541-1021
14728137      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 02 2019 03:38:21
              Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
              Harrisburg, PA  17128-0946
14727220     +E-mail/PDF: gecsedi@recoverycorp.com Mar 02 2019 03:42:43     SYNCB/Dicks,   PO BOX 965024,
              Orlando, FL 32896-5024
14727222     +E-mail/PDF: gecsedi@recoverycorp.com Mar 02 2019 03:42:43     SYNCB/LOWES,   PO Box 965036,
              Orlando, FL 32896-5036
14727223     +E-mail/PDF: gecsedi@recoverycorp.com Mar 02 2019 03:42:19     SYNCB/SAMS CLUB,   PO Box 965036,
              Orlando, FL 32896-5036
14727224     +E-mail/PDF: gecsedi@recoverycorp.com Mar 02 2019 03:42:43     SYNCHRONY BANK,   PO BOX 965024,
              Orlando, FL 32896-5024
14727221     +E-mail/PDF: gecsedi@recoverycorp.com Mar 02 2019 03:42:44     Syncb/Jcp,   Po Box 965007,
              Orlando, FL 32896-5007
14792817     +E-mail/PDF: gecsedi@recoverycorp.com Mar 02 2019 03:42:43     Synchrony Bank,
              c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk VA 23541-1021
14757815      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 02 2019 03:54:31     Verizon,
              by American InfoSource LP as agent,   PO Box 248838,   Oklahoma City, OK  73124-8838
                                                                                             TOTAL: 16

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Duquesne Light Company
cr             Kubota Credit Corporation
cr*          +Clearview Federal Credit Union,   8805 University Boulevard,   Moon Township, PA 15108-4212
cr*          +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14727199*    +Alliance Laundry Systems LLC,   c/o Kohner, Mann & Kailas, S.C.,
              4650 North Port Washington Road,   Milwaukee, WI 53212-1077
14727200*     Beaver Co Drs,   Court House Annex Third,   Beaver, PA 15009
14727201*    +Beaver County Tax Claim Bureau,   810 3rd Street,   Beaver, PA 15009-2139
14727205*    +Chase Card,   Po Box 15298,   Wilmington, DE 19850-5298

```
District/off: 0315-2           User: dbas              Page 2 of 2              Date Rcvd: Mar 01, 2019
                               Form ID: 149            Total Noticed: 37


              ***** BYPASSED RECIPIENTS (continued) *****
14727206*        +Clearview Federal Credit Union,    8805 University Blvd.,    Moon Township, PA 15108-4212
14727207*         Dorothy Michalek,    2058 Broadhead Road,    Aliquippa, PA 15001
14727210*        +First Commonwealth Bank,    601 Philadelphia St,    Indiana, PA 15701-3952
14727211*         Kubota Credit Corporat,    4400 Amon Carter Blvd St,    Fort Worth, TX 76155
14976767*        +Kubota Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
14727213*        +McGrath McCall, P.C.,    Four Gateway Center, Suite 1040,    444 Liberty Avenue,
                   Pittsburgh, PA 15222-1220
14727214*        +Midland Funding,    PO Box 2011,    Warren, MI 48090-2011
14757267*        +Midland Funding LLC,    PO Box 2011,    Warren, MI 48090-2011
14727215*         PA Department of Revenue,    Bankruptcy Division,    PO Box 280946,    Harrisburg, PA 17128-0496
14727218*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                  (address filed with court: Portfolio Recovery Associates, LLC,    POB 12914,
                   Norfolk, VA 23541)
14727219*        +PRA Receivables Management,    PO Box 41021,    Norfolk, VA 23541-1021
14708326*        +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14727225*        +Wells Fargo Bank, N.A.,    PO Box 10438,    Des Moines, IA 50306-0438
                                                                                               TOTALS: 2, * 19, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 1, 2019 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    Kubota Credit Corporation bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               DMcKay@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor Steven G. Skeriotis ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Preston D. Jaquish    on behalf of Creditor    First Commonwealth Bank pjaquish@lenderlaw.com
              Robert J. Taylor    on behalf of Creditor    Beaver County Tax Claim Bureau rjt52@hotmail.com,
               barristerob@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Samuel James Pasquarelli    on behalf of Creditor    Clearview Federal Credit Union sjp@sgkpc.com,
               pms@sgkpc.com
                                                                                             TOTAL: 8
```