**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **CASE NO. 17-24051-GLT** |
| **Steven G Skeriotis** | : | **CHAPTER 13** |
| **Debtor** | : | |
| | : | **Related to Doc. No. 114, 115** |
| **Steven G Skeriotis** | : | |
| **Movant** | : | **Concil. Conf.:** |
| | : | **December 5, 2019 at 10:00 AM** |
| **vs.** | : | |
| | : | |
| **IRS &** | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| **Respondents** | : | |

**CERTIFICATE OF SERVICE OF ORDER DATED OCTOBER 31, 2019 NOTICE OF PROPOSED MODIFICATION TO CONFIRMED PLAN ALONG WITH THE AMENDED CHAPTER 13 PLAN DATED OCTOBER 29, 2019**

I, Sharla Munroe, Paralegal for to the law firm McElrath Legal Holdings, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Order dated October 31, 2019 Notice of Proposed Modification to Confirmed Plan along with the Amended Chapter 13 Plan dated October 29, 2019, on the parties at the addresses on the attached matrix. Service made on the parties was first-class mail or electronic notification.

Executed on: <u>November 4, 2019</u>

By:    <u>/s/ Sharla Munroe</u>
       Sharla Munroe, Paralegal
       McElrath Legal Holdings, LLC
       1641 Saw Mill Run Blvd
       Pittsburgh, PA 15210
       Tel: 412.765.3606
       Fax: 412.765.1917

**MATRIX**

**Service by NEF**

Office of the U.S. Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour, Esquire
Chapter 13 Trustee
cmecf@chapter13trusteewdpa.com

**Service by First-Class Mail**

Steven G. Skeriotis
4406 South Beverly Drive
Aliquippa, PA 15001

Alliance Laundry Systems LLC
c/o Kohner, Mann & Kailas, S.C.
4650 North Port Washington Road
Milwaukee, WI 53212

Beaver Co Drs
Court House Annex Third
Beaver, PA 15009

Beaver County Tax Claim Bureau
810 3rd Street
Beaver, PA 15009

Best Buy/CBNA
PO Box 6497
Sioux Falls, SD 57117

Capital One
PO Box 30281
Salt Lake City, UT 84130

CBUSA/Sears
13200 Smith Road
Cleveland, OH 44130

Chase Card
Po Box 15298
Wilmington, DE 19850

Clearview Federal Credit Union
8805 University Blvd.
Moon Township, PA 15108

Dorothy Michalek

2058 Broadhead Road
Aliquippa, PA 15001

Duquesne Light Company
c/o Allison Carr
Bernstein Law Firm, P.C.
707 Grant St. Suite 2200, Gulf Tower
Pittsburgh, PA 15219

Farneth & Thomasvich
437 Grant St #1000
Pittsburgh, PA 15219

First Commonwealth Bank
601 Philadelphia St
Indiana, PA 15701

Kubota Credit Corporat
4400 Amon Carter Blvd St
Fort Worth, TX 76155

Macys dsnb
9111 Duke Boulevard
Mason, OH 45040

McGrath McCall, P.C.
Four Gateway Center, Suite 1040
444 Liberty Avenue
Pittsburgh, PA 15222

Midland Funding
PO Box 2011
Warren, MI 48090

PA Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0496

PA SCDU
PO Box 69110
Harrisburg, PA 17106

Patricia Skeriotis
1206 N. Larrabee Street
Los Angeles, CA 90069

Portfolio Recovery Associates, LLC
POB 12914
Norfolk, VA 23541

PRA Receivables Management
PO Box 41021
Norfolk, VA 23541

SYNCB/Dicks
PO BOX 965024
Orlando, FL 32896

Syncb/Jcp
Po Box 965007
Orlando, FL 32896

SYNCB/LOWES
PO Box 965036
Orlando, FL 32896

SYNCB/SAMS CLUB
PO Box 965036
Orlando, FL 32896

SYNCHRONY BANK
PO BOX 965024
Orlando, FL 32896

Wells Fargo Bank, N.A.
PO Box 10438
Des Moines, IA 50306