**Form 149**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Steven G. Skeriotis**
Debtor(s)

Bankruptcy Case No.: 17–24051–GLT
Issued Per 12/5/2019 Proceeding
Chapter: 13
Docket No.: 119 – 114
Concil. Conf.: December 5, 2019 at 10:00 AM

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated October 29, 2019 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☒ A. For the remainder of the Plan term, the periodic Plan payment is amended to be $3,412.00 as of December, 2019. Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B. The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐ C. Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on Dec. 5, 2019 at 10:00 AM, in 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D. Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E. The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F.  shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☒ G. The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: Claim No. 27 of Beaver TCB and Claim No. 6 of PA Revenue .

☒ H. Additional Terms: 1. By agreement of the parties, the claim of Clearview FCU Claim No. 13 paid a secured balance of $12,500.00 of $3.25%, payment determined by Trustee, with balance treated as unsecured to share in any available pool.

2. The secured claim(s) of the following Creditors(s) shall govern as to claim amount, to be paid at the modified plan terms: Claim No. 22 of Alliance Laundry Systems.

3. Attorney Fees to be paid by order of 1/3/2019 (Docket No. 108)

*(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.    Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.    Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*   **IT IS FURTHER ORDERED THAT:**

**A.**   After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**   Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**   Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty–one (21) days prior to the change taking effect.

**D.**   Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016–1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**   The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre–confirmation defaults in any subsequent motion to dismiss.

**F.**   In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Dated: December 9, 2019

cc:  All Parties in Interest to be served by Clerk in seven (7) days

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                            Case No. 17-24051-GLT
Steven G. Skeriotis                                               Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-2          User: dbas                 Page 1 of 2            Date Rcvd: Dec 09, 2019
                              Form ID: 149               Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 11, 2019.
db             +Steven G. Skeriotis,    4406 South Beverly Drive,     Aliquippa, PA 15001-4649
cr             +Beaver County Tax Claim Bureau,    Beaver County Courthouse,     810 Third Street,
                 Beaver, PA 15009-2100
cr             +First Commonwealth Bank,    c/o McGrath McCall, P.C.,    Four Gateway Center, Suite 1040,
                 444 Liberty Avenue,    Pittsburgh, PA 15222-1225
14707225       +Alliance Laundry Systems LLC,    c/o Kohner, Mann & Kailas, S.C.,
                 4650 North Port Washington Road,    Milwaukee, WI 53212-1077
14707226        Beaver Co Drs,    Court House Annex Third,     Beaver, PA 15009
14707227       +Beaver County Tax Claim Bureau,    810 3rd Street,     Beaver, PA 15009-2139
14727202       +Best Buy/CBNA,    PO Box 6497,   Sioux Falls, SD 57117-6497
14727204       +CBUSA/Sears,    13200 Smith Road,   Cleveland, OH 44130-7802
14707228       +Chase Card,    Po Box 15298,   Wilmington, DE 19850-5298
14707230        Dorothy Michalek,    2058 Broadhead Road,     Aliquippa, PA 15001
14727209       +Farneth & Thomasvich,    437 Grant St #1000,     Pittsburgh, PA 15219-6013
14735192       +First Commonwealth Bank,    c/o Preston Jaquish, Esquire,    McGrath McCall, P.C.,
                 Four Gateway Center, Suite 1040,    444 Liberty Avenue,    Pittsburgh, PA 15222-1220
14707232        Kubota Credit Corporat,    4400 Amon Carter Blvd St,    Fort Worth, TX 76155
14725838       +Kubota Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
14727212       +Macys dsnb,    9111 Duke Boulevard,    Mason, OH 45040-8999
14707233       +McGrath McCall, P.C.,    Four Gateway Center, Suite 1040,     444 Liberty Avenue,
                 Pittsburgh, PA 15222-1220
14727216       +PA SCDU,    PO Box 69110,   Harrisburg, PA 17106-9110
14707239       +Wells Fargo Bank, N.A.,    PO Box 10438,    Des Moines, IA 50306-0438
14740921        Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines,   IA    50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14727203       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 10 2019 03:22:13      Capital One,
                 PO Box 30281,    Salt Lake City, UT 84130-0281
14707229       +E-mail/Text: bankruptcy@clearviewfcu.org Dec 10 2019 03:20:20
                 Clearview Federal Credit Union,    8805 University Blvd.,    Moon Township, PA 15108-4212
15149655        E-mail/Text: cio.bncmail@irs.gov Dec 10 2019 03:19:59      Department of Treasury,
                 Internal Revenue Service,    Centralized Insolvency Operation,     P.O. Box 7346,
                 Philadelphia, PA 19101-7346
14727208       +E-mail/Text: kburkley@bernsteinlaw.com Dec 10 2019 03:20:40      Duquesne Light Company,
                 c/o Allison Carr,    Bernstein Law Firm, P.C.,    707 Grant St. Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1900
14707231       +E-mail/Text: bankruptcynotice@fcbanking.com Dec 10 2019 03:19:56      First Commonwealth Bank,
                 601 Philadelphia St,    Indiana, PA 15701-3952
14707234       +E-mail/Text: bankruptcydpt@mcmcg.com Dec 10 2019 03:20:19      Midland Funding,    PO Box 2011,
                 Warren, MI 48090-2011
14707235        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 10 2019 03:20:11      PA Department of Revenue,
                 Bankruptcy Division,    PO Box 280946,    Harrisburg, PA 17128-0496
14707237        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 10 2019 03:22:14
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk, VA 23541
14707238       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 10 2019 03:23:21
                 PRA Receivables Management,    PO Box 41021,    Norfolk, VA 23541-1021
14728137        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 10 2019 03:20:11
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA 17128-0946
14727220       +E-mail/PDF: gecsedi@recoverycorp.com Dec 10 2019 03:22:39      SYNCB/Dicks,    PO BOX 965024,
                 Orlando, FL 32896-5024
14727222       +E-mail/PDF: gecsedi@recoverycorp.com Dec 10 2019 03:22:08      SYNCB/LOWES,    PO Box 965036,
                 Orlando, FL 32896-5036
14727223       +E-mail/PDF: gecsedi@recoverycorp.com Dec 10 2019 03:23:14      SYNCB/SAMS CLUB,    PO Box 965036,
                 Orlando, FL 32896-5036
14727224       +E-mail/PDF: gecsedi@recoverycorp.com Dec 10 2019 03:23:14      SYNCHRONY BANK,    PO BOX 965024,
                 Orlando, FL 32896-5024
14727221       +E-mail/PDF: gecsedi@recoverycorp.com Dec 10 2019 03:23:14      Syncb/Jcp,   Po Box 965007,
                 Orlando, FL 32896-5007
14792817       +E-mail/PDF: gecsedi@recoverycorp.com Dec 10 2019 03:22:39      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,     PO Box 41021,    Norfolk VA 23541-1021
14757815        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 10 2019 03:23:32      Verizon,
                 by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
                                                                                              TOTAL: 17

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              Kubota Credit Corporation
```

```
District/off: 0315-2         User: dbas                Page 2 of 2                Date Rcvd: Dec 09, 2019
                             Form ID: 149              Total Noticed: 36

cr*            +Clearview Federal Credit Union,    8805 University Boulevard,    Moon Township, PA 15108-4212
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14727199*      +Alliance Laundry Systems LLC,    c/o Kohner, Mann & Kailas, S.C.,
                 4650 North Port Washington Road,    Milwaukee, WI 53212-1077
14727200*       Beaver Co Drs,    Court House Annex Third,    Beaver, PA 15009
14727201*      +Beaver County Tax Claim Bureau,    810 3rd Street,    Beaver, PA 15009-2139
14727205*      +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
14727206*      +Clearview Federal Credit Union,    8805 University Blvd.,    Moon Township, PA 15108-4212
14727207*       Dorothy Michalek,    2058 Broadhead Road,    Aliquippa, PA 15001
14727210*      +First Commonwealth Bank,    601 Philadelphia St,    Indiana, PA 15701-3952
14727211*       Kubota Credit Corporat,    4400 Amon Carter Blvd St,    Fort Worth, TX 76155
14976767*      +Kubota Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
14727213*      +McGrath McCall, P.C.,    Four Gateway Center, Suite 1040,    444 Liberty Avenue,
                 Pittsburgh, PA 15222-1220
14727214*      +Midland Funding,    PO Box 2011,    Warren, MI 48090-2011
14757267*      +Midland Funding LLC,    PO Box 2011,    Warren, MI 48090-2011
14727215*       PA Department of Revenue,    Bankruptcy Division,    PO Box 280946,    Harrisburg, PA 17128-0496
14727218*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court:  Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk, VA 23541)
14727219*      +PRA Receivables Management,    PO Box 41021,    Norfolk, VA 23541-1021
14708326*      +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14727225*      +Wells Fargo Bank, N.A.,    PO Box 10438,    Des Moines, IA 50306-0438
14707236      ##+Patricia Skeriotis,    1206 N. Larrabee Street,    Hollywood, CA 90069-2004
14727217      ##+Patricia Skeriotis,    1206 N. Larrabee Street,    Los Angeles, CA 90069-2004
                                                                                TOTALS: 2, * 19, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 9, 2019 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor   Kubota Credit Corporation bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor Steven G. Skeriotis ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Preston D. Jaquish    on behalf of Creditor   First Commonwealth Bank pjaquish@lenderlaw.com
              Robert J. Taylor    on behalf of Creditor   Beaver County Tax Claim Bureau rjt52@hotmail.com,
               barristerob@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Samuel James Pasquarelli    on behalf of Creditor   Clearview Federal Credit Union sjp@sgkpc.com,
               pms@sgkpc.com
                                                                                             TOTAL: 8
```