FILED
6/23/20 10:01 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | | |
| Steven G. Skeriotis | : | Bankruptcy No. 17-24051-GLT |
| | : | |
| Debtor, | : | Chapter 13 |
| | : | |
| The Beaver County Tax Claim Bureau | : | Related to Dkt. No. 123 |
| | : | |
| Movant, | : | Related to Claim No. 29 |
| v. | : | |
| | : | |
| Steven G. Skeriotis and Ronda J. Winnecour, Trustee | : | |
| Respondent. | : | |

**WITHDRAWAL OF PROOF OF CLAIM NO. 29**

Please withdraw the following claim:

Claim No.: 29

Date filed: June 9, 2020

Amount of Claim: $9,185.79

Reason: The outstanding taxes were paid subsequent to the filing of the Proof-of-Claim. No real estate taxes are due for 2019.

/s/ J. Philip Colavincenzo
J. Philip Colavincenzo
255 College Avenue
Beaver, PA 15009
(724) 775-8550
PA I.D. 17270
jp.cola@verizon.net

SO ORDERED
June 23, 2020

_____
GREGORY L. TADDONIO    jah
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 17-24051-GLT
Steven G. Skeriotis                                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2       User: bsil          Page 1 of 1           Date Rcvd: Jun 23, 2020
                           Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2020.
db            +Steven G. Skeriotis,    4406 South Beverly Drive,    Aliquippa, PA 15001-4649

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2020 at the address(es) listed below:
        J. Philip Colavincenzo    on behalf of Creditor   Beaver County Tax Claim Bureau colavincenzolaw@verizon.net
        James Warmbrodt    on behalf of Creditor   Kubota Credit Corporation bkgroup@kmllawgroup.com
        Keri P. Ebeck    on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Paul W. McElrath, Jr.    on behalf of Debtor Steven G. Skeriotis ecf@mcelrathlaw.com, donotemail.ecfbackuponly@gmail.com
        Preston D. Jaquish    on behalf of Creditor   First Commonwealth Bank pjaquish@lenderlaw.com
        Robert J. Taylor    on behalf of Creditor   Beaver County Tax Claim Bureau rjt52@hotmail.com, barristerob@gmail.com
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        Samuel James Pasquarelli    on behalf of Creditor   Clearview Federal Credit Union sjp@sgkpc.com, pms@sgkpc.com
                                                                                          TOTAL: 9