LOCAL BANKRUPTCY FORM NO. 24

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 17-24051-GLT |
| **Steven G. Skeriotis,** | : | |
| | : | Chapter No. 13 |
| Debtor | : | |
| _____ | : | |
| **Paul W. McElrath, Esquire /** | : | Related to Docket No. 127 |
| **McElrath Legal Holdings, LLC,** | : | |
| Applicant | : | |
| vs. | : | Hearing Date and Time: |
| | : | September 1, 2021 at 1:00 PM |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| Respondent | : | |

**SUMMARY COVER SHEET AND NOTICE OF ZOOM HEARING ON PROFESSIONAL FEES IN CHAPTERS 7 AND 13 ON BEHALF OF PAUL W. MCELRATH, ESQUIRE**

To All Creditors and Parties in Interest:

1. Applicant represents Steven G. Skeriotis.
2. This is (check one)
   _____ a final application
   __X__ an interim application
   for the period October 1, 2017 to August 2, 2021
3. Previous retainer paid to Applicant: $1,300.00.
4. Previous interim compensation allowed to Applicant (including the retainer): $8,000.00.
5. Applicant requests additional:
   Compensation of $750.00 for Total Compensation of $8,750.00
   Total Expenses Used $ 500.
6. A **Video Conference** hearing will be held on **September 1, 2021 at 1:00 PM** before Judge Gregory L. Taddonio. All parties wishing to appear by video conference must register by submitting a video conference registration form via the link published 2 on Judge Taddonio's website (which can be found at http://www.pawb.uscourts.gov/judgetaddonios-video-conference-hearing-information) no later than 4 p.m. on the business day prior to a scheduled hearing. All counsel and parties participating by video conference shall comply with Judge Taddonio's Modified Procedures for Remote Participation (effective October 1, 2020), (which can be found at http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt-procappearances.pdf).
7. Any written objections must be filed with the Court and served on the Applicant on or before **August 19, 2021** (fourteen (14) days from the date of this notice plus an additional three (3) days if served by mail). Copies of the application are available from the applicant.

Date of Service: August 2, 2021                    Applicant or Attorney for Applicant:

/s/ Paul W. McElrath
Paul W. McElrath, Esquire

PA I.D. # 86220
McElrath Legal Holdings, LLC
1641 Saw Mill Run Boulevard
Pittsburgh, PA  15210
Tel: 412.765.3606