IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 17-24051-GLT |
| | : | |
| **Steven G. Skeriotis,** | : | Chapter 13 |
| | : | |
| **Debtor** | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| **Steven G. Skeriotis,** | : | |
| | : | |
| Movant | : | Related to Docket No. 134 |
| | : | |
| vs. | : | Hearing Date & Time: |
| | : | |
| **Beaver County Tax Claim Bureau,** | : | |
| Respondent | : | |
| | : | |
| **Ronda J. Winnecour, Esquire** | : | |
| **(Chapter 13 Trustee)** | : | |
| Additional Respondent | : | |

**PROOF OF PAYMENT**

**BEAVER COUNTY TAX CLAIM BUREAU**
BEAVER COUNTY COURTHOUSE – BEAVER, PA 15009
PHONE: 724-728-5700

RECEIPT 428145
01 OF 01

DATE 11AUG21

TAXPAYER

Per: Pauline

PARCEL NO. 65-204-0169-000-01-1

OWNER OR REPUTED OWNER
SKERIOTIS STEVEN G James Skeriot

RECEIVED OF PART

in _____ payment of Claim as entered against the Property in the name of owner or reputed owner as indicated above, for those taxing districts as certified from the record of the Beaver County Tax Claim Bureau.

Stay of Sale Agreement
Pursuant to Section of 603 o
Pennsylvania Real Estate Tax Sa

You May Be Able To Avoi
The Sale of Your Propert

Prior to the Scheduled Upset Tax
Remittance of an amount of 25
Of the Total Claims due
Qualifies this Parcel for a
Stay of Sale Agreement

Other costs and charges made on
an equitable and pro-rata basis

Parcel specific cost report available upor

| YEAR | 2020 | | | TOTAL |
|---|---|---|---|---|
| COUNTY PRINCIPAL | 1873.30 | | | 1873.30 |
| COUNTY PENALTY | 187.33 | | | 187.33 |
| COUNTY INTEREST | 56.20 | | | 56.20 |
| BORO PRINCIPAL | 1152.80 | | | 1152.80 |
| BORO PENALTY | 115.28 | | | 115.28 |
| BORO INTEREST | 34.60 | | | 34.60 |
| SCHOOL PRINCIPAL | 5634.31 | | | 5634.31 |
| SCHOOL PENALTY | 450.74 | | | 450.74 |
| SCHOOL INTEREST | 169.04 | | | 169.04 |
| | | | TOTAL TAX PAYMENT | 9673.60 |

TAX CLAIM BUREAU BALANCE DUE 15577.84
RECEIPT VALID UPON CLEARANCE OF CHECK # 1676
TOTAL COSTS
REMITTANCE 9673.6

---

**BEAVER COUNTY TAX CLAIM BUREAU**
BEAVER COUNTY COURTHOUSE – BEAVER, PA 15009
PHONE: 724-728-5700

RECEIPT 428146
01 OF 01

DATE 11AUG21

TAXPAYER

Per: Pau

PARCEL NO. 12-001-1200-000-01-1

OWNER OR REPUTED OWNER
SKERIOTIS STEVEN G for James Skeri

RECEIVED OF FULL

in _____ payment of Claim as entered against the Property in the name of owner or reputed owner as indicated above, for those taxing districts as certified from the record of the Beaver County Tax Claim Bureau.

Stay of Sale Agreeme
Pursuant to Section of 603
Pennsylvania Real Estate Tax

You May Be Able To Av
The Sale of Your Prope

Prior to the Scheduled Upset Ta
Remittance of an amount of
Of the Total Claims due
Qualifies this Parcel for a
Stay of Sale Agreement

Other costs and charges made on
an equitable and pro-rata basis

Parcel specific cost report available up

| YEAR | 2020 | | | TOTAL |
|---|---|---|---|---|
| COUNTY PRINCIPAL | 470.60 | | | 470.60 |
| COUNTY PENALTY | 47.06 | | | 47.06 |
| COUNTY INTEREST | 14.12 | | | 14.12 |
| BORO PRINCIPAL | 624.45 | | | 624.45 |
| BORO PENALTY | 62.45 | | | 62.45 |
| BORO INTEREST | 18.72 | | | 18.72 |
| SCHOOL PRINCIPAL | 1510.82 | | | 1510.82 |
| SCHOOL PENALTY | 151.08 | | | 151.08 |
| SCHOOL INTEREST | 45.32 | | | 45.32 |
| | | | TOTAL TAX PAYMENT | 2944.62 |

TOTAL COSTS 52.