IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | | |
| Steven G. Skeriotis | : | Bankruptcy No. 178-24051-GLT |
| | : | |
| Debtors, | : | Chapter 13 |
| | : | |
| The Beaver County Tax Claim Bureau | : | Document No. _____ |
| | : | |
| Movant, | : | Related to Claim No. 30 |
| v. | : | |
| | : | |
| Steven G. Skeriotis and | : | |
| Ronda J. Winnecour, Trustee | : | |
| Respondent. | : | |

## WITHDRAWAL OF PROOF OF CLAIM NO. 30

Please withdraw the following claim:

Claim No.: 30

Date filed: May 21, 2021

Amount of Claim: $9,465.76

Reason: The outstanding taxes were paid subsequent to the filing of the Proof-of-Claim. No real estate taxes are due for 2020. See Debtor's Proof of Payment filed on August 18, 2021 at Document No. 135.

/s/ J. Philip Colavincenzo
J. Philip Colavincenzo
255 College Avenue
Beaver, PA 15009
(724) 775-8550
PA I.D. 17270
jp.cola@verizon.net