IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 17-24051-GLT |
| | : | |
| Steven G. Skeriotis, | : | Chapter 13 |
| | : | |
| Debtor | : | |

*********************************************************

| | | |
|---|---|---|
| Steven G. Skeriotis, | : | |
| | : | |
| Movant | : | Related to Docket No. 129 |
| | : | |
| vs. | : | |
| | : | |
| Beaver County Tax Claim Bureau, | : | |
| Respondent | : | |
| | : | |
| Ronda J. Winnecour, Esquire | : | |
| (Chapter 13 Trustee) | : | |
| Additional Respondent | : | |

## MODIFIED ORDER

**AND NOW** on this 17th day of August 2021, it is hereby ORDERED, ADJUDGED AND DECREED that the Amended Chapter 13 Plan Dated August 2, 2021 is Withdrawn. The Conciliation conference scheduled for September 9, 2021 at 9:30 AM is CANCELLED.

Within 14 days of this Order, Debtor shall submit proof of payment of the delinquent taxes.

BY THE COURT:

_____
Gregory L. Taddonio,    jah
United States Bankruptcy Judge

Case Administrator to serve:
Debtor
Paul McElrath, Esq.

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Steven G. Skeriotis  
    Debtor

Case No. 17-24051-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: bsil     Page 1 of 2  
Date Rcvd: Aug 17, 2021     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 19, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Steven G. Skeriotis, 4406 South Beverly Drive, Aliquippa, PA 15001-4649 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Kubota Credit Corporation bnicholas@kmllawgroup.com |
| J. Philip Colavincenzo | on behalf of Creditor Beaver County Tax Claim Bureau colavincenzolaw@verizon.net |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Paul W. McElrath, Jr. | on behalf of Debtor Steven G. Skeriotis ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com |
| Preston D. Jaquish | on behalf of Creditor First Commonwealth Bank pjaquish@lenderlaw.com |

| District/off: 0315-2 | User: bsil | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 17, 2021 | Form ID: pdf900 | Total Noticed: 1 |

Robert J. Taylor
    on behalf of Creditor Beaver County Tax Claim Bureau rjt52@hotmail.com  barristerob@gmail.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Samuel James Pasquarelli
    on behalf of Creditor Clearview Federal Credit Union sjp@sgkpc.com  pms@sgkpc.com

TOTAL: 9