FILED
8/19/21 11:08 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | | |
| Steven G. Skeriotis | : | Bankruptcy No. 17-24051-GLT |
| | : | |
| Debtors, | : | Chapter 13 |
| | : | |
| The Beaver County Tax Claim Bureau | : | Related to Dkt. No. 136 |
| | : | |
| Movant, | : | Related to Claim No. 30 |
| v. | : | |
| | : | |
| Steven G. Skeriotis and | : | |
| Ronda J. Winnecour, Trustee | : | |
| Respondent. | : | |

**WITHDRAWAL OF PROOF OF CLAIM NO. 30**

Please withdraw the following claim:

Claim No.:  30

Date filed: May 21, 2021

Amount of Claim: $9,465.76

Reason:  The outstanding taxes were paid subsequent to the filing of the Proof-of-Claim.  No real estate

taxes are due for 2020.  See Debtor's Proof of Payment filed on August 18, 2021 at Document No. 135.

/s/ J. Philip Colavincenzo
J. Philip Colavincenzo
255 College Avenue
Beaver, PA 15009
(724) 775-8550
PA I.D. 17270
jp.cola@verizon.net

SO ORDERED
August 19, 2021

_____
GREGORY L. TADDONI   jah
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 17-24051-GLT

Steven G. Skeriotis                                                                             Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: bsil | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 19, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2021:**

**Recip ID                    Recipient Name and Address**
db                       +  Steven G. Skeriotis, 4406 South Beverly Drive, Aliquippa, PA 15001-4649

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2021                          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor Kubota Credit Corporation bnicholas@kmllawgroup.com |
| J. Philip Colavincenzo | |
| | on behalf of Creditor Beaver County Tax Claim Bureau colavincenzolaw@verizon.net |
| Keri P. Ebeck | |
| | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Paul W. McElrath, Jr. | |
| | on behalf of Debtor Steven G. Skeriotis ecf@mcelrathlaw.com  donotemail.ecfbackuponly@gmail.com |
| Preston D. Jaquish | |
| | on behalf of Creditor First Commonwealth Bank pjaquish@lenderlaw.com |

District/off: 0315-2

Page 2 of 2

Date Rcvd: Aug 19, 2021

Total Noticed: 1

Robert J. Taylor

on behalf of Creditor Beaver County Tax Claim Bureau rjt52@hotmail.com  barristerob@gmail.com

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

Samuel James Pasquarelli

on behalf of Creditor Clearview Federal Credit Union sjp@sgkpc.com  pms@sgkpc.com

TOTAL: 9