**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

04/14/2022

IN RE:

STEVEN G. SKERIOTIS
4406 SOUTH BEVERLY DRIVE
ALIQUIPPA, PA 15001
XXX-XX-5360          Debtor(s)

Case No.17-24051 GLT

Chapter 13

### NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

4/14/2022

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number:1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: LOWES/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 3530 |
| **BERNSTEIN BURKLEY PC**<br>601 GRANT ST - 9TH FL<br>PITTSBURGH, PA 15219 | Trustee Claim Number:2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DUQ LITE/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **ROBERT J TAYLOR ESQ**<br>TAYLOR & HLADIO<br>337 MERCHANT ST<br>AMBRIDGE, PA 15003 | Trustee Claim Number:3   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: BEAVER CNTY TCB/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **PRESTON D JAQUISH ESQ**<br>MCGRATH MCCALL PC<br>FOUR GATEWAY CENTER STE 1040<br>444 LIBERTY AVE<br>PITTSBURGH, PA 15222 | Trustee Claim Number:4   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: FIRST CMMNWLTH BANK/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **ALLIANCE LAUNDRY SYSTEMS**<br>PO BOX 990<br>SHEPARD ST<br>RIPON, WI 54971 | Trustee Claim Number:5   INT %: 4.25%<br>Court Claim Number:22<br>CLAIM: 4,890.26<br>COMMENT: CL22GOV@TERMS/PL*4622@4.25%/PL*PMT/CONF | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 8026 |
| **BEAVER COUNTY TAX CLAIM BUREAU****<br>BEAVER COUNTY COURTHOUSE<br>810 3RD ST<br>BEAVER, PA 15009-2194 | Trustee Claim Number:6   INT %: 9.00%<br>Court Claim Number:9<br>CLAIM: 44,301.53<br>COMMENT: 65-204-0169.000-01-1;12-16*RS/OE*CL9GOVS*$@9%/CL-PL*12-17/SCH-PL*W/52*DK | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 0011 |
| **BEAVER COUNTY TAX CLAIM BUREAU****<br>BEAVER COUNTY COURTHOUSE<br>810 3RD ST<br>BEAVER, PA 15009-2194 | Trustee Claim Number:7   INT %: 0.00%<br>Court Claim Number:11<br>CLAIM: 0.00<br>COMMENT: 12-001-1200.000-01-1;12-16*RS/MDF DOE*15077.08/PL-CL @9%/PL~12-17/SCH-PL*DK | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 0011 |
| **BEAVER COUNTY TAX CLAIM BUREAU****<br>BEAVER COUNTY COURTHOUSE<br>810 3RD ST<br>BEAVER, PA 15009-2194 | Trustee Claim Number:8   INT %: 0.00%<br>Court Claim Number:8<br>CLAIM: 0.00<br>COMMENT: 64-009-0812.000-01-1;12-16*RS/MDF DOE*11770.23/PL-CL @9%/PL~12-17*DK | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 0011 |
| **BEAVER COUNTY TAX CLAIM BUREAU****<br>BEAVER COUNTY COURTHOUSE<br>810 3RD ST<br>BEAVER, PA 15009-2194 | Trustee Claim Number:9   INT %: 9.00%<br>Court Claim Number:10<br>CLAIM: 0.00<br>COMMENT: 09-002-0525.000-01-1;12-16*RS/MDF DOE*9536.48/PL-CL @9%/PL~12-17/SCH-PL*DK | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 0011 |
| **BEAVER COUNTY TAX CLAIM BUREAU****<br>BEAVER COUNTY COURTHOUSE<br>810 3RD ST<br>BEAVER, PA 15009-2194 | Trustee Claim Number:10  INT %: 0.00%<br>Court Claim Number:7<br>CLAIM: 0.00<br>COMMENT: 12-001-1202.000-01-1;12-16*RS/MDF DOE*3553.83/PL-CL @9%/PL~13-17/SCH-PL*DK | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 0011 |

| | | |
|---|---|---|
| **CLEARVIEW FCU\*\*** <br> 8805 UNIVERSITY BLVD <br><br> MOON TWP, PA 15108-4212 | Trustee Claim Number:11  INT %:  3.24% <br> Court Claim Number:13 <br><br> CLAIM:  12,500.00 <br> COMMENT:  $@3.25%~PMT/CONF\*19546.29/PL-CL@3.24%@366.02MO/PL\*DK\*W/55 | CRED DESC:  VEHICLE <br> ACCOUNT NO.: 6615 |
| **CLEARVIEW FCU\*\*** <br> 8805 UNIVERSITY BLVD <br><br> MOON TWP, PA 15108-4212 | Trustee Claim Number:12  INT %:  0.00% <br> Court Claim Number:14-3 <br><br> CLAIM:  0.00 <br> COMMENT:  RS/OE\*17575@4.29%MDF/PL\*DK\*AMD CL=$0\*W/53 | CRED DESC:  VEHICLE <br> ACCOUNT NO.: 6615 |
| **CLEARVIEW FCU\*\*** <br> 8805 UNIVERSITY BLVD <br><br> MOON TWP, PA 15108-4212 | Trustee Claim Number:13  INT %:  0.00% <br> Court Claim Number:12 <br><br> CLAIM:  505.99 <br> COMMENT:  SURR/AMD PL PRIOR RATIFIED\*CL=2518.07\*DK | CRED DESC:  VEHICLE <br> ACCOUNT NO.: 6615 |
| **FIRST COMMONWEALTH BANK\*** <br> POB 400\* <br><br> INDIANA, PA 15701 | Trustee Claim Number:14  INT %:  0.00% <br> Court Claim Number:15-2 <br><br> CLAIM:  0.00 <br> COMMENT:  RS/OE~STAYED\*PMT/PL-CL\*1304.48x(60+2)=LMT\*BLANKET MTG\*AMD\*DK | CRED DESC:  MORTGAGE REGULAR PAYMEN <br> ACCOUNT NO.: 0109 |
| **KUBOTA CREDIT CORP (USA)** <br> POB 2313 <br><br> CAROL STREAM, IL 60132-2313 | Trustee Claim Number:15  INT %:  0.00% <br> Court Claim Number:5-2 <br><br> CLAIM:  0.00 <br> COMMENT:  SURR/AMD PL\*22844@0%MDF/PL\*AMD CL=$0\*W/54 | CRED DESC:  VEHICLE <br> ACCOUNT NO.: 0066 |
| **DOROTHY MICHALEK** <br> 2058 BROADHEAD RD <br><br> ALIQUIPPA, PA 15001 | Trustee Claim Number:16  INT %:  0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT:  $0@0%/PL\*NO$/SCH | CRED DESC:  SUPPORT/ALIMONY CONT. <br> ACCOUNT NO.: 3526 |
| **PA DEPARTMENT OF REVENUE\*** <br> BUR OF COMPL SECT-DEPT 280946 <br> STRAWBERRY SQ <br> HARRISBURG, PA 17128 | Trustee Claim Number:17  INT %:  0.00% <br> Court Claim Number:6 <br><br> CLAIM:  815.53 <br> COMMENT:  CL6GOV\*790.37SEC@10%/PL~$14.65/MO\*14-15/SCH | CRED DESC:  PRIORITY CREDITOR <br> ACCOUNT NO.: 5360 |
| **BEAVER COUNTY\*\*** <br> OFFICE OF DOMESTIC RELATIONS\*\* <br> 800 3RD ST <br> BEAVER, PA 15009 | Trustee Claim Number:18  INT %:  0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT:  NO$~NTC ONLY/SCH | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.: 3526 |
| **BBY/CBNA** <br> POB 6497 <br><br> SIOUX FALLS, SD 57117 | Trustee Claim Number:19  INT %:  0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT:  NO$~NTC ONLY/SCH | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.: |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** <br> PO BOX 12914 <br><br> NORFOLK, VA 23541 | Trustee Claim Number:20  INT %:  0.00% <br> Court Claim Number:3 <br><br> CLAIM:  499.70 <br> COMMENT:  NO ACCT~NO$~NTC ONLY/SCH | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.: 1003 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:21 INT %: 0.00%<br>Court Claim Number:1<br>CLAIM: 6,753.37<br>COMMENT: NO ACCT~NO$~SEARS~NTC ONLY/SCH*CITIBANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7418 |
| **JPMORGAN CHASE BANK NA**<br>PO BOX 15298<br><br>WILMINGTON, DE 19850 | Trustee Claim Number:22 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7385 |
| **DUQUESNE LIGHT COMPANY***<br>ATTN. LITIGATION COUNSEL<br>411 SEVENTH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA 15219 | Trustee Claim Number:23 INT %: 0.00%<br>Court Claim Number:24<br><br>CLAIM: 247.34<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0815 |
| **FARNETH AND THOMASVICH**<br>437 GRANT ST 1000<br><br>PITTSBURGH, PA 15219 | Trustee Claim Number:24 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **DEPARTMENT STORES NATIONAL BANK/MACYS**<br>C/O NCO FINANCIAL SYSTEMS INC<br>PO BOX 4275<br><br>NORCROSS, GA 30091 | Trustee Claim Number:25 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **MCGRATH MCCALL PC**<br>FOUR GATEWAY CENTER STE 1040<br>444 LIBERTY AVE<br>PITTSBURGH, PA 15222 | Trustee Claim Number:26 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **MCGRATH MCCALL PC**<br>FOUR GATEWAY CENTER STE 1040<br>444 LIBERTY AVE<br>PITTSBURGH, PA 15222 | Trustee Claim Number:27 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~NTC ONLY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br><br>WARREN, MI 48090 | Trustee Claim Number:28 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0437 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br><br>WARREN, MI 48090 | Trustee Claim Number:29 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1532 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br><br>WARREN, MI 48090 | Trustee Claim Number:30 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4648 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number:31  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7896 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number:32  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7896 |
| **PATRICIA SKERIOTIS**<br>1206 N LARRABEE ST<br>LOS ANGELES, CA 90069 | Trustee Claim Number:33  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number:34  INT %: 0.00%<br>Court Claim Number:2<br>CLAIM: 773.25<br>COMMENT: SEARS/CITIBANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7306 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number:35  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number:36  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number:37  INT %: 0.00%<br>Court Claim Number:4<br>CLAIM: 654.69<br>COMMENT: CITIBANK/BEST BUY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3920 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number:38  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number:39  INT %: 0.00%<br>Court Claim Number:19<br>CLAIM: 347.71<br>COMMENT: NO$~NTC ONLY~DSG/SCH*SYNCHRONY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1719 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number:40  INT %: 0.00%<br>Court Claim Number:18<br>CLAIM: 572.18<br>COMMENT: NO$~NTC ONLY/SCH*SYNCHRONY/JCP | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1330 |

| Creditor | Trustee Claim # / Court Claim # / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 41 INT %: 0.00%<br>Court Claim Number: 20<br>CLAIM: 831.98<br>COMMENT: NO$~NTC ONLY/SCH*SYNCHRONY/LOWE'S*PAYWHICH?*W/51 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3530 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 42 INT %: 0.00%<br>Court Claim Number: 17<br>CLAIM: 4,637.41<br>COMMENT: NO$~NTC ONLY/SCH*SYNCHRONY/SAM'S CLUB | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0908 |
| **WELLS FARGO FINANCIAL NATIONAL BANK**<br>C/O WELLS FARGO BANK NA<br>PO BOX 14487<br>DES MOINES, IA 50309 | Trustee Claim Number: 43 INT %: 0.00%<br>Court Claim Number: 16<br>CLAIM: 5,283.46<br>COMMENT: NO ACCT~NO$/SCH*599469994 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9994 |
| **PA SCDU***<br>PO BOX 69110<br>HARRISBURG, PA 17106-9110 | Trustee Claim Number: 44 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **PATRICIA SKERIOTIS**<br>1206 N LARRABEE ST<br>LOS ANGELES, CA 90069 | Trustee Claim Number: 45 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: /SCH H | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA 17128 | Trustee Claim Number: 46 INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 65.11<br>COMMENT: CL6GOV*NO GEN UNS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5360 |
| **FIRST COMMONWEALTH BANK***<br>POB 400*<br>INDIANA, PA 15701 | Trustee Claim Number: 47 INT %: 0.00%<br>Court Claim Number: 15-2<br>CLAIM: 8,475.05<br>COMMENT: RS/OE~STAYED*$/PL-CL*BLANKET MTG*AMD*DK | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 0109 |
| **VERIZON BY AMERICAN INFOSOURCE LP - AGE**<br>PO BOX 248838<br>OKLAHOMA CITY, OK 73124-8838 | Trustee Claim Number: 48 INT %: 0.00%<br>Court Claim Number: 21<br>CLAIM: 219.82<br>COMMENT: NT/SCH*CHARGE OFF 3/10/17 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2550 |
| **DUQUESNE LIGHT COMPANY***<br>ATTN. LITIGATION COUNSEL<br>411 SEVENTH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 49 INT %: 0.00%<br>Court Claim Number: 23<br>CLAIM: 370.15<br>COMMENT: SCH@23? | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2269 |
| **DUQUESNE LIGHT COMPANY***<br>ATTN. LITIGATION COUNSEL<br>411 SEVENTH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 50 INT %: 0.00%<br>Court Claim Number: 25<br>CLAIM: 240.10<br>COMMENT: SCH@23? | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7463 |

| Creditor | Trustee Claim / Court Claim | CRED DESC / Account |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41031<br>NORFOLK, VA 23541 | Trustee Claim Number: 51  INT %: 0.00%<br>Court Claim Number: 26<br>CLAIM: 831.84<br>COMMENT: NT/SCH*LOWE'S*PAYWHICH?*W/41 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5211 |
| **BEAVER COUNTY TAX CLAIM BUREAU\*\***<br>BEAVER COUNTY COURTHOUSE<br>810 3RD ST<br>BEAVER, PA 15009-2194 | Trustee Claim Number: 52  INT %: 9.00%<br>Court Claim Number: 27<br>CLAIM: 8,911.18<br>COMMENT: 652040169000011*CL27GOV*2017*YR NT/PL*WNTS 9%*W/6*% BGN 6/18*DK | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 0001 |
| **CLEARVIEW FCU\*\***<br>8805 UNIVERSITY BLVD<br>MOON TWP, PA 15108-4212 | Trustee Claim Number: 53  INT %: 0.00%<br>Court Claim Number: 14-3<br>CLAIM: 3,585.16<br>COMMENT: DFNCY BAL*AMD*W/12 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6615 |
| **KUBOTA CREDIT CORP (USA)**<br>POB 2313<br>CAROL STREAM, IL 60132-2313 | Trustee Claim Number: 54  INT %: 0.00%<br>Court Claim Number: 5-2<br>CLAIM: 4,472.84<br>COMMENT: DFNCY BAL*AMD*W/15 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0066 |
| **CLEARVIEW FCU\*\***<br>8805 UNIVERSITY BLVD<br>MOON TWP, PA 15108-4212 | Trustee Claim Number: 55  INT %: 0.00%<br>Court Claim Number: 13<br>CLAIM: 7,046.29<br>COMMENT: UNSEC BAL/CONF*DK*W/11 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6615 |
| **INTERNAL REVENUE SERVICE\***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 56  INT %: 0.00%<br>Court Claim Number: 28<br>CLAIM: 8,022.20<br>COMMENT: $/CL-PL*NT/SCH*LATE | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 5360 |
| **INTERNAL REVENUE SERVICE\***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 57  INT %: 0.00%<br>Court Claim Number: 28<br>CLAIM: 584.93<br>COMMENT: NT/SCH | CRED DESC: UNSECURED/LATE FILED<br>ACCOUNT NO.: 5360 |
| **J PHILIP COLAVINCENZO ESQ**<br>255 COLLEGE AVE<br>BEAVER, PA 15009 | Trustee Claim Number: 58  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: BEAVER CNTY TCB/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **BEAVER COUNTY TAX CLAIM BUREAU\*\***<br>BEAVER COUNTY COURTHOUSE<br>810 3RD ST<br>BEAVER, PA 15009-2194 | Trustee Claim Number: 59  INT %: 0.00%<br>Court Claim Number: 29<br>CLAIM: 0.00<br>COMMENT: 65-204-0169.000-01-1;19*CL @ 9185.79 W/DRAWN-DOC 123*ORDER @ DOC 124 | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 0011 |
| **BEAVER COUNTY TAX CLAIM BUREAU\*\***<br>BEAVER COUNTY COURTHOUSE<br>810 3RD ST<br>BEAVER, PA 15009-2194 | Trustee Claim Number: 60  INT %: 0.00%<br>Court Claim Number: 30<br>CLAIM: 0.00<br>COMMENT: 65-204-0169.000-01-1;16,17,20*CL @ 9465.76 W/DRAWN-DOC 136*ORDER @ DOC 1: | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 0011 |