**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
12/1/22 9:39 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 17-24051-GLT |
| | : | Chapter: | 13 |
| Steven G. Skeriotis | : | | |
| | : | | |
| | : | Date: | 11/30/2022 |
| *Debtor(s).* | : | Time: | 10:00 |

## **PROCEEDING MEMO**

**MATTER:**   #145 Trustee's Motion to Dismiss Case
   #147 Response filed by Debtor

**APPEARANCES**:
   Debtor:   Paul W. McElrath
   Trustee:   Owen Katz

**NOTES:**   [10:05]

Katz: Going to withdraw motion.

**OUTCOME:**

1) For the reasons stated on the record, *Trustee's Motion to Dismiss Case* [Dkt. No. 145] is DENIED as withdrawn. [Text Order].

**DATED:** 11/30/2022