**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **CASE NO. 17-24051-GLT** |
| **Steven G. Skeriotis** | : | |
| **Debtor** | : | **CHAPTER 13** |
| | : | |
| **Steven G. Skeriotis** | : | |
| **Movant** | : | |
| | : | |
| **v.** | : | |
| **Ronda J. Winnecour, Esq.** | : | |
| **Ch. 13 Trustee** | : | |
| **Respondent** | : | |

**DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY**

1.    The Debtor has made all payments required by the Chapter 13 Plan.

2.    The Debtor was required to pay Domestic Support Obligations and the Debtor has paid any amounts payable under a Court Order or Statute that were due on or before the date of this Certification.

3.    The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4.    On December 21, 2022, at docket number 150, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Post-Petition Instructional Course in Personal Financial Management*.

This Certification is being signed under penalty of perjury by Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

Dated: December 21, 2022          BY:    /s/ Paul W. McElrath
                                          Paul W. McElrath, Esquire
                                          Attorney for Debtor/Movant
                                          PA I.D. #86220
                                          McElrath Legal Holdings, LLC
                                          1641 Saw Mill Run Blvd
                                          Pittsburgh, PA 15210
                                          (412) 765-3606

**PAWB Local Form 24 (07/13)**