Form 604

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Steven G. Skeriotis** | : | Case No. 17−24051−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 152 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 3/8/23 at 11:00 AM |
| | : | |
| | : | |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this *The 22nd of December, 2022*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 152 by the Chapter 13 Trustee,

It is hereby **ORDERED, ADJUDGED** *and* **DECREED** that:

(1)  **On or before February 6, 2023**, any **Response**, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

(2)  This Motion is scheduled for hearing on *March 8, 2023 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

(3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.*** In the event a default order has been signed, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

(4)  Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** without further notice or hearing*.

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Steven G. Skeriotis  
    Debtor

Case No. 17-24051-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Dec 22, 2022      Form ID: 604      Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Steven G. Skeriotis, 4406 South Beverly Drive, Aliquippa, PA 15001-4649 |
| cr | + | Beaver County Tax Claim Bureau, Beaver County Courthouse, 810 Third Street, Beaver, PA 15009-2100 |
| cr | + | First Commonwealth Bank, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| 14707225 | + | Alliance Laundry Systems LLC, c/o Kohner, Mann & Kailas, S.C., 4650 North Port Washington Road, Milwaukee, WI 53212-1077 |
| 14707226 | | Beaver Co Drs, Court House Annex Third, Beaver, PA 15009 |
| 14707227 | + | Beaver County Tax Claim Bureau, 810 3rd Street, Beaver, PA 15009-2139 |
| 14707230 | | Dorothy Michalek, 2058 Broadhead Road, Aliquippa, PA 15001 |
| 14727209 | + | Farneth & Thomasvich, 437 Grant St #1000, Pittsburgh, PA 15219-6013 |
| 14735192 | + | First Commonwealth Bank, c/o Preston Jaquish, Esquire, McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue Pittsburgh, PA 15222-1220 |
| 14707232 | | Kubota Credit Corporat, 4400 Amon Carter Blvd St, Fort Worth, TX 76155 |
| 14707233 | + | McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1220 |
| 14727216 | + | PA SCDU, PO Box 69110, Harrisburg, PA 17106-9110 |
| 14707236 | #+ | Patricia Skeriotis, 1206 N. Larrabee Street, Hollywood, CA 90069-2004 |
| 14727217 | #+ | Patricia Skeriotis, 1206 N. Larrabee Street, Los Angeles, CA 90069-2004 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14727202 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 22 2022 23:45:40 | Best Buy/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14727204 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 22 2022 23:57:36 | CBUSA/Sears, 13200 Smith Road, Cleveland, OH 44130-7802 |
| 14727203 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 22 2022 23:45:22 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14707229 | + | Email/Text: bankruptcy@clearviewfcu.org | Dec 22 2022 23:41:00 | Clearview Federal Credit Union, 8805 University Blvd., Moon Township, PA 15108-4212 |
| 14727212 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 22 2022 23:45:28 | Macys dsnb, 9111 Duke Boulevard, Mason, OH 45040 |
| 15149655 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 22 2022 23:41:00 | Department of Treasury, Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14727208 | + | Email/Text: kburkley@bernsteinlaw.com | Dec 22 2022 23:41:00 | Duquesne Light Company, c/o Allison Carr, Bernstein Law Firm, P.C., 707 Grant St. Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1900 |
| 14707231 | | Email/Text: SAABankruptcy@fcbanking.com | Dec 22 2022 23:41:00 | First Commonwealth Bank, 601 Philadelphia St, Indiana, PA 15701-3952 |
| 14707228 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 22 2022 23:45:22 | Chase Card, Po Box 15298, Wilmington, DE |

Case 17-24051-GLT    Doc 154    Filed 12/24/22    Entered 12/25/22 00:25:05    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 22, 2022 | Form ID: 604 | Total Noticed: 38 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 19850 |
| 14725838 | + | Email/Text: KubotaBKNotices@nationalbankruptcy.com Dec 22 2022 23:41:00 | | Kubota Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14707234 | + | Email/Text: bankruptcydpt@mcmcg.com Dec 22 2022 23:41:00 | | Midland Funding, PO Box 2011, Warren, MI 48090-2011 |
| 14707235 | | Email/Text: RVSVCBICNOTICE1@state.pa.us Dec 22 2022 23:41:00 | | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0496 |
| 14707237 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 22 2022 23:45:24 | | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 14707238 | + | Email/PDF: rmscedi@recoverycorp.com Dec 22 2022 23:45:37 | | PRA Receivables Management, PO Box 41021, Norfolk, VA 23541-1021 |
| 14728137 | | Email/Text: RVSVCBICNOTICE1@state.pa.us Dec 22 2022 23:41:00 | | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14727220 | + | Email/PDF: gecsedi@recoverycorp.com Dec 22 2022 23:45:35 | | SYNCB/Dicks, PO BOX 965024, Orlando, FL 32896-5024 |
| 14727222 | + | Email/PDF: gecsedi@recoverycorp.com Dec 22 2022 23:44:59 | | SYNCB/LOWES, PO Box 965036, Orlando, FL 32896-5036 |
| 14727223 | + | Email/PDF: gecsedi@recoverycorp.com Dec 22 2022 23:45:36 | | SYNCB/SAMS CLUB, PO Box 965036, Orlando, FL 32896-5036 |
| 14727224 | + | Email/PDF: gecsedi@recoverycorp.com Dec 22 2022 23:45:02 | | SYNCHRONY BANK, PO BOX 965024, Orlando, FL 32896-5024 |
| 14727221 | + | Email/PDF: gecsedi@recoverycorp.com Dec 22 2022 23:45:36 | | Syncb/Jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 14792817 | + | Email/PDF: gecsedi@recoverycorp.com Dec 22 2022 23:44:59 | | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14757815 | | Email/PDF: ebn_ais@aisinfo.com Dec 22 2022 23:45:24 | | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14707239 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com Dec 22 2022 23:45:00 | | Wells Fargo Bank, N.A., PO Box 10438, Des Moines, IA 50306-0438 |
| 14740921 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com Dec 22 2022 23:45:00 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 24

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | Kubota Credit Corporation |
| cr | *+ | Clearview Federal Credit Union, 8805 University Boulevard, Moon Township, PA 15108-4212 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14727199 | *+ | Alliance Laundry Systems LLC, c/o Kohner, Mann & Kailas, S.C., 4650 North Port Washington Road, Milwaukee, WI 53212-1077 |
| 14727200 | * | Beaver Co Drs, Court House Annex Third, Beaver, PA 15009 |
| 14727201 | *+ | Beaver County Tax Claim Bureau, 810 3rd Street, Beaver, PA 15009-2139 |
| 14727206 | *+ | Clearview Federal Credit Union, 8805 University Blvd., Moon Township, PA 15108-4212 |
| 14727207 | * | Dorothy Michalek, 2058 Broadhead Road, Aliquippa, PA 15001 |
| 14727210 | *+ | First Commonwealth Bank, 601 Philadelphia St, Indiana, PA 15701-3952 |
| 14727205 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14727211 | * | Kubota Credit Corporat, 4400 Amon Carter Blvd St, Fort Worth, TX 76155 |
| 14976767 | *+ | Kubota Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Dec 22, 2022 | Form ID: 604 | Total Noticed: 38 |

| | | |
|---|---|---|
| 14727213 | *+ | McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1220 |
| 14727214 | *+ | Midland Funding, PO Box 2011, Warren, MI 48090-2011 |
| 14757267 | *+ | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14727215 | * | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0496 |
| 14727218 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 14727219 | *+ | PRA Receivables Management, PO Box 41021, Norfolk, VA 23541-1021 |
| 14708326 | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14727225 | *+ | Wells Fargo Bank, N.A., PO Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 2 Undeliverable, 19 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2022        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Kubota Credit Corporation bnicholas@kmllawgroup.com |
| J. Philip Colavincenzo | on behalf of Creditor Beaver County Tax Claim Bureau colavincenzolaw@verizon.net |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Paul W. McElrath, Jr. | on behalf of Debtor Steven G. Skeriotis ecf@mcelrathlaw.com  donotemail.ecfbackuponly@gmail.com |
| Preston D. Jaquish | on behalf of Creditor First Commonwealth Bank pjaquish@lenderlaw.com |
| Robert J. Taylor | on behalf of Creditor Beaver County Tax Claim Bureau rjt52@hotmail.com  barristerob@gmail.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Samuel James Pasquarelli | on behalf of Creditor Clearview Federal Credit Union sjp@sgkpc.com  pms@sgkpc.com |

TOTAL: 9