**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> STEVEN G. SKERIOTIS <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Chapter 13 Trustee, <br>         Movant <br>       vs. <br> No Respondents. | Case No.:17-24051 <br><br> Chapter 13 <br><br> Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.


December 22, 2022

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 10/10/2017 and confirmed on 12/27/17. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 201,808.89 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 201,808.89 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 7,450.00 | |
|   Trustee Fee | 8,924.57 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 16,374.57 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   FIRST COMMONWEALTH BANK(*) | 0.00 | 80,877.76 | 0.00 | 80,877.76 |
|     Acct: 0109 | | | | |
|   FIRST COMMONWEALTH BANK(*) | 8,475.05 | 8,475.05 | 0.00 | 8,475.05 |
|     Acct: 0109 | | | | |
|   ALLIANCE LAUNDRY SYSTEMS | 4,890.26 | 4,890.26 | 546.18 | 5,436.44 |
|     Acct: 8026 | | | | |
|   BEAVER COUNTY TAX CLAIM BUREAU** | 44,301.53 | 44,301.53 | 13,002.05 | 57,303.58 |
|     Acct: 0011 | | | | |
|   BEAVER COUNTY TAX CLAIM BUREAU** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0011 | | | | |
|   BEAVER COUNTY TAX CLAIM BUREAU** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0011 | | | | |
|   BEAVER COUNTY TAX CLAIM BUREAU** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0011 | | | | |
|   BEAVER COUNTY TAX CLAIM BUREAU** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0011 | | | | |
|   CLEARVIEW FCU** | 12,500.00 | 12,500.00 | 620.03 | 13,120.03 |
|     Acct: 6615 | | | | |
|   CLEARVIEW FCU** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6615 | | | | |
|   CLEARVIEW FCU** | 505.99 | 505.99 | 110.16 | 616.15 |
|     Acct: 6615 | | | | |
|   KUBOTA CREDIT CORP (USA) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0066 | | | | |
| | | | | 165,829.01 |
| **Priority** | | | | |
|   PAUL W MCELRATH JR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEVEN G. SKERIOTIS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MCELRATH LEGAL HOLDINGS LLC | 2,700.00 | 2,700.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MCELRATH LEGAL HOLDINGS LLC | 2,500.00 | 2,500.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXX9-18 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| MCELRATH LEGAL HOLDINGS LLC | 1,500.00 | 1,500.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXXX7-19 | | | | |
| PAUL W MCELRATH JR ESQ | 750.00 | 750.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXXX2-21 | | | | |
| DOROTHY MICHALEK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3526 | | | | |
| PA DEPARTMENT OF REVENUE* | 815.53 | 815.53 | 0.00 | 815.53 |
| Acct: 5360 | | | | |
| INTERNAL REVENUE SERVICE* | 8,022.20 | 8,022.20 | 0.00 | 8,022.20 |
| Acct: 5360 | | | | |
| BEAVER COUNTY TAX CLAIM BUREAU** | 8,911.18 | 8,911.18 | 1,856.40 | 10,767.58 |
| Acct: 0001 | | | | |
| BEAVER COUNTY TAX CLAIM BUREAU** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0011 | | | | |
| BEAVER COUNTY TAX CLAIM BUREAU** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0011 | | | | |
| | | | | 19,605.31 |
| **Unsecured** | | | | |
| BEAVER COUNTY** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3526 | | | | |
| BBY/CBNA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 499.70 | 0.00 | 0.00 | 0.00 |
| Acct: 1003 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 6,753.37 | 0.00 | 0.00 | 0.00 |
| Acct: 7418 | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7385 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 247.34 | 0.00 | 0.00 | 0.00 |
| Acct: 0815 | | | | |
| FARNETH AND THOMASVICH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DEPARTMENT STORES NATIONAL BANK/l | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MCGRATH MCCALL PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MCGRATH MCCALL PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MIDLAND FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0437 | | | | |
| MIDLAND FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1532 | | | | |
| MIDLAND FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4648 | | | | |
| MIDLAND FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7896 | | | | |
| MIDLAND FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7896 | | | | |
| PATRICIA SKERIOTIS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 773.25 | 0.00 | 0.00 | 0.00 |
| Acct: 7306 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 654.69 | 0.00 | 0.00 | 0.00 |
| Acct: 3920 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | Acct: | | | | |
| | MIDLAND FUNDING LLC | 347.71 | 0.00 | 0.00 | 0.00 |
| | Acct: 1719 | | | | |
| | MIDLAND FUNDING LLC | 572.18 | 0.00 | 0.00 | 0.00 |
| | Acct: 1330 | | | | |
| | MIDLAND FUNDING LLC | 831.98 | 0.00 | 0.00 | 0.00 |
| | Acct: 3530 | | | | |
| | MIDLAND FUNDING LLC | 4,637.41 | 0.00 | 0.00 | 0.00 |
| | Acct: 0908 | | | | |
| | WELLS FARGO FINANCIAL NATIONAL BANK | 5,283.46 | 0.00 | 0.00 | 0.00 |
| | Acct: 9994 | | | | |
| | PA DEPARTMENT OF REVENUE* | 65.11 | 0.00 | 0.00 | 0.00 |
| | Acct: 5360 | | | | |
| | VERIZON BY AMERICAN INFOSOURCE LP | 219.82 | 0.00 | 0.00 | 0.00 |
| | Acct: 2550 | | | | |
| | DUQUESNE LIGHT COMPANY(*) | 370.15 | 0.00 | 0.00 | 0.00 |
| | Acct: 2269 | | | | |
| | DUQUESNE LIGHT COMPANY(*) | 240.10 | 0.00 | 0.00 | 0.00 |
| | Acct: 7463 | | | | |
| | SYNCHRONY BANK | 831.84 | 0.00 | 0.00 | 0.00 |
| | Acct: 5211 | | | | |
| | CLEARVIEW FCU** | 3,585.16 | 0.00 | 0.00 | 0.00 |
| | Acct: 6615 | | | | |
| | KUBOTA CREDIT CORP (USA) | 4,472.84 | 0.00 | 0.00 | 0.00 |
| | Acct: 0066 | | | | |
| | CLEARVIEW FCU** | 7,046.29 | 0.00 | 0.00 | 0.00 |
| | Acct: 6615 | | | | |
| | INTERNAL REVENUE SERVICE* | 584.93 | 0.00 | 0.00 | 0.00 |
| | Acct: 5360 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3530 | | | | |
| | BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ROBERT J TAYLOR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PRESTON D JAQUISH ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PATRICIA SKERIOTIS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | J PHILIP COLAVINCENZO ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PA SCDU* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

***NONE***

TOTAL PAID TO CREDITORS                                                                    185,434.32

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 17,748.91 |
| SECURED | 70,672.83 |
| UNSECURED | 38,017.33 |

Date: 12/22/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
STEVEN G. SKERIOTIS

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:17-24051

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Steven G. Skeriotis  
    Debtor

Case No. 17-24051-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3  
Date Rcvd: Dec 22, 2022     Form ID: pdf900     Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Steven G. Skeriotis, 4406 South Beverly Drive, Aliquippa, PA 15001-4649 |
| cr | + | Beaver County Tax Claim Bureau, Beaver County Courthouse, 810 Third Street, Beaver, PA 15009-2100 |
| cr | + | First Commonwealth Bank, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| 14707225 | + | Alliance Laundry Systems LLC, c/o Kohner, Mann & Kailas, S.C., 4650 North Port Washington Road, Milwaukee, WI 53212-1077 |
| 14707226 | | Beaver Co Drs, Court House Annex Third, Beaver, PA 15009 |
| 14707227 | + | Beaver County Tax Claim Bureau, 810 3rd Street, Beaver, PA 15009-2139 |
| 14707230 | | Dorothy Michalek, 2058 Broadhead Road, Aliquippa, PA 15001 |
| 14727209 | + | Farneth & Thomasvich, 437 Grant St #1000, Pittsburgh, PA 15219-6013 |
| 14735192 | + | First Commonwealth Bank, c/o Preston Jaquish, Esquire, McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue Pittsburgh, PA 15222-1220 |
| 14707232 | | Kubota Credit Corporat, 4400 Amon Carter Blvd St, Fort Worth, TX 76155 |
| 14707233 | + | McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1220 |
| 14727216 | + | PA SCDU, PO Box 69110, Harrisburg, PA 17106-9110 |
| 14707236 | #+ | Patricia Skeriotis, 1206 N. Larrabee Street, Hollywood, CA 90069-2004 |
| 14727217 | #+ | Patricia Skeriotis, 1206 N. Larrabee Street, Los Angeles, CA 90069-2004 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14727202 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 22 2022 23:45:27 | Best Buy/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14727204 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 22 2022 23:45:40 | CBUSA/Sears, 13200 Smith Road, Cleveland, OH 44130-7802 |
| 14727203 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 22 2022 23:44:56 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14707229 | + | Email/Text: bankruptcy@clearviewfcu.org | Dec 22 2022 23:41:00 | Clearview Federal Credit Union, 8805 University Blvd., Moon Township, PA 15108-4212 |
| 14727212 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 22 2022 23:45:28 | Macys dsnb, 9111 Duke Boulevard, Mason, OH 45040 |
| 15149655 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 22 2022 23:41:00 | Department of Treasury, Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14727208 | + | Email/Text: kburkley@bernsteinlaw.com | Dec 22 2022 23:41:00 | Duquesne Light Company, c/o Allison Carr, Bernstein Law Firm, P.C., 707 Grant St. Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1900 |
| 14707231 | | Email/Text: SAABankruptcy@fcbanking.com | Dec 22 2022 23:41:00 | First Commonwealth Bank, 601 Philadelphia St, Indiana, PA 15701-3952 |
| 14707228 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 22 2022 23:45:35 | Chase Card, Po Box 15298, Wilmington, DE |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 19850 |
| 14725838 | + | Email/Text: KubotaBKNotices@nationalbankruptcy.com Dec 22 2022 23:41:00 | | Kubota Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14707234 | + | Email/Text: bankruptcydpt@mcmcg.com Dec 22 2022 23:41:00 | | Midland Funding, PO Box 2011, Warren, MI 48090-2011 |
| 14707235 | | Email/Text: RVSVCBICNOTICE1@state.pa.us Dec 22 2022 23:41:00 | | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0496 |
| 14707237 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 22 2022 23:45:36 | | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 14707238 | + | Email/PDF: rmscedi@recoverycorp.com Dec 22 2022 23:45:04 | | PRA Receivables Management, PO Box 41021, Norfolk, VA 23541-1021 |
| 14728137 | | Email/Text: RVSVCBICNOTICE1@state.pa.us Dec 22 2022 23:41:00 | | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14727220 | + | Email/PDF: gecsedi@recoverycorp.com Dec 22 2022 23:45:00 | | SYNCB/Dicks, PO BOX 965024, Orlando, FL 32896-5024 |
| 14727222 | + | Email/PDF: gecsedi@recoverycorp.com Dec 22 2022 23:45:04 | | SYNCB/LOWES, PO Box 965036, Orlando, FL 32896-5036 |
| 14727223 | + | Email/PDF: gecsedi@recoverycorp.com Dec 22 2022 23:45:00 | | SYNCB/SAMS CLUB, PO Box 965036, Orlando, FL 32896-5036 |
| 14727224 | + | Email/PDF: gecsedi@recoverycorp.com Dec 22 2022 23:45:02 | | SYNCHRONY BANK, PO BOX 965024, Orlando, FL 32896-5024 |
| 14727221 | + | Email/PDF: gecsedi@recoverycorp.com Dec 22 2022 23:45:02 | | Syncb/Jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 14792817 | + | Email/PDF: gecsedi@recoverycorp.com Dec 22 2022 23:45:02 | | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14757815 | | Email/PDF: ebn_ais@aisinfo.com Dec 22 2022 23:45:24 | | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14707239 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com Dec 22 2022 23:45:23 | | Wells Fargo Bank, N.A., PO Box 10438, Des Moines, IA 50306-0438 |
| 14740921 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com Dec 22 2022 23:45:35 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | Kubota Credit Corporation |
| cr | *+ | Clearview Federal Credit Union, 8805 University Boulevard, Moon Township, PA 15108-4212 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14727199 | *+ | Alliance Laundry Systems LLC, c/o Kohner, Mann & Kailas, S.C., 4650 North Port Washington Road, Milwaukee, WI 53212-1077 |
| 14727200 | * | Beaver Co Drs, Court House Annex Third, Beaver, PA 15009 |
| 14727201 | *+ | Beaver County Tax Claim Bureau, 810 3rd Street, Beaver, PA 15009-2139 |
| 14727206 | *+ | Clearview Federal Credit Union, 8805 University Blvd., Moon Township, PA 15108-4212 |
| 14727207 | * | Dorothy Michalek, 2058 Broadhead Road, Aliquippa, PA 15001 |
| 14727210 | *+ | First Commonwealth Bank, 601 Philadelphia St, Indiana, PA 15701-3952 |
| 14727205 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14727211 | * | Kubota Credit Corporat, 4400 Amon Carter Blvd St, Fort Worth, TX 76155 |
| 14976767 | *+ | Kubota Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

| | | |
|---|---|---|
| 14727213 | *+ | McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1220 |
| 14727214 | *+ | Midland Funding, PO Box 2011, Warren, MI 48090-2011 |
| 14757267 | *+ | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14727215 | * | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0496 |
| 14727218 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 14727219 | *+ | PRA Receivables Management, PO Box 41021, Norfolk, VA 23541-1021 |
| 14708326 | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14727225 | *+ | Wells Fargo Bank, N.A., PO Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 2 Undeliverable, 19 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2022             Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Kubota Credit Corporation bnicholas@kmllawgroup.com |
| J. Philip Colavincenzo | on behalf of Creditor Beaver County Tax Claim Bureau colavincenzolaw@verizon.net |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Paul W. McElrath, Jr. | on behalf of Debtor Steven G. Skeriotis ecf@mcelrathlaw.com  donotemail.ecfbackuponly@gmail.com |
| Preston D. Jaquish | on behalf of Creditor First Commonwealth Bank pjaquish@lenderlaw.com |
| Robert J. Taylor | on behalf of Creditor Beaver County Tax Claim Bureau rjt52@hotmail.com  barristerob@gmail.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Samuel James Pasquarelli | on behalf of Creditor Clearview Federal Credit Union sjp@sgkpc.com  pms@sgkpc.com |

TOTAL: 9