# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA
### (PITTSBURGH)

| | |
|---|---|
| IN RE: ) | |
| STEVEN G. SKERIOTIS ) | CASE NO.: 2:17-bk-24051-GLT |
| ) | CHAPTER 13 |
| DEBTOR ) | JUDGE GREGORY L. TADDONIO |
| ) | |
| MCLP ASSET COMPANY, INC. ) | |
| ) | |
| CREDITOR ) | |
| ) | |
| STEVEN G. SKERIOTIS, DEBTOR AND ) | |
| RONDA J. WINNECOUR, TRUSTEE ) | |
| ) | |
| RESPONDENTS ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**COMES NOW** Joshua I. Goldman, Esq. of the Padgett Law Group, and gives this Notice of Appearance on behalf of MCLP Asset Company, Inc. and requests that they be noticed on all pleadings, documents and hearings; that they receive copies of all documents; and be added to the matrix to be served at the addresses below:

Padgett Law Group
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312

**DATED** this 3rd day of February 2023

Respectfully submitted,

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
josh.goldman@padgettlawgroup.com

Case 17-24051-GLT    Doc 156    Filed 02/03/23    Entered 02/03/23 09:57:05    Desc Main
Document    Page 1 of 3

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Notice of Appearance has been furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this 3rd day of February 2023.

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

**SERVICE LIST (CASE NO. 2:17-bk-24051-GLT)**

*DEBTOR*
STEVEN G. SKERIOTIS
4406 SOUTH BEVERLY DRIVE
ALIQUIPPA, PA 15001

*ATTORNEY FOR DEBTOR*
PAUL W. MCELRATH, JR.
MCELRATH LEGAL HOLDINGS, LLC.
1641 SAW MILL RUN BOULEVARD
PITTSBURGH, PA 15210
ECF@MCELRATHLAW.COM

*TRUSTEE*
RONDA J. WINNECOUR
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURGH, PA 15219
CMECF@CHAPTER13TRUSTEEWDPA.COM

*U.S. TRUSTEE*
OFFICE OF THE UNITED STATES TRUSTEE
LIBERTY CENTER.
1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA 15222
USTPREGION03.PI.ECF@USDOJ.GOV