**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Steven G. Skeriotis<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–5360<br>EIN   __-_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   ____<br>EIN   __-_____ |

United States Bankruptcy Court    WESTERN DISTRICT OF PENNSYLVANIA

Case number:   17-24051-GLT

# Order of Discharge                                                                                       12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Steven G. Skeriotis

<u>2/8/23</u>                                                   **By the court:** <u>Gregory L Taddonio</u>
                                                                               United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

   ♦ debts that are domestic support
      obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified
      in 11 U.S.C. §§ 507(a)(8)( C),
      523(a)(1)(B), or 523(a)(1)(C) to the
      extent not paid in full under the plan;

**For more information, see page 2>**

---

Form 3180W                              **Chapter 13 Discharge**                              page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 17-24051-GLT

Steven G. Skeriotis  Chapter 13

　　　Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: auto    Page 1 of 4
Date Rcvd: Feb 08, 2023    Form ID: 3180W    Total Noticed: 40

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2023:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Steven G. Skeriotis, 4406 South Beverly Drive, Aliquippa, PA 15001-4649 |
| cr | + | Beaver County Tax Claim Bureau, Beaver County Courthouse, 810 Third Street, Beaver, PA 15009-2100 |
| cr | + | First Commonwealth Bank, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| cr | + | MCLP Asset Company, Inc., Padgett Law Group, 6267 Old Water Oak Road, Suite 203, Tallahasee, FL 32312-3858 |
| 14707225 | + | Alliance Laundry Systems LLC, c/o Kohner, Mann & Kailas, S.C., 4650 North Port Washington Road, Milwaukee, WI 53212-1077 |
| 14707226 | | Beaver Co Drs, Court House Annex Third, Beaver, PA 15009 |
| 14707227 | + | Beaver County Tax Claim Bureau, 810 3rd Street, Beaver, PA 15009-2139 |
| 14707230 | | Dorothy Michalek, 2058 Broadhead Road, Aliquippa, PA 15001 |
| 14727209 | + | Farneth & Thomasvich, 437 Grant St #1000, Pittsburgh, PA 15219-6013 |
| 14735192 | + | First Commonwealth Bank, c/o Preston Jaquish, Esquire, McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue Pittsburgh, PA 15222-1220 |
| 14707232 | | Kubota Credit Corporat, 4400 Amon Carter Blvd St, Fort Worth, TX 76155 |
| 14707233 | + | McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1220 |
| 14727216 | + | PA SCDU, PO Box 69110, Harrisburg, PA 17106-9110 |
| 14707236 | #+ | Patricia Skeriotis, 1206 N. Larrabee Street, Hollywood, CA 90069-2004 |
| 14727217 | #+ | Patricia Skeriotis, 1206 N. Larrabee Street, Los Angeles, CA 90069-2004 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | EDI: PENNDEPTREV | Feb 09 2023 04:44:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 08 2023 23:40:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 14727202 | + | EDI: CITICORP.COM | Feb 09 2023 04:44:00 | Best Buy/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14727204 | + | EDI: CITICORP.COM | Feb 09 2023 04:44:00 | CBUSA/Sears, 13200 Smith Road, Cleveland, OH 44130-7802 |
| 14727203 | + | EDI: CAPITALONE.COM | Feb 09 2023 04:44:00 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14707229 | + | Email/Text: bankruptcy@clearviewfcu.org | Feb 08 2023 23:40:00 | Clearview Federal Credit Union, 8805 University Blvd., Moon Township, PA 15108-4212 |
| 14727212 | + | EDI: CITICORP.COM | Feb 09 2023 04:44:00 | Macys dsnb, 9111 Duke Boulevard, Mason, OH 45040 |
| 15149655 | | EDI: IRS.COM | Feb 09 2023 04:44:00 | Department of Treasury, Internal Revenue Service, |

Case 17-24051-GLT   Doc 160   Filed 02/10/23   Entered 02/11/23 00:27:37   Desc
Imaged Certificate of Notice   Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 08, 2023 | Form ID: 3180W | Total Noticed: 40 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14727208 | + | Email/Text: kburkley@bernsteinlaw.com | Feb 08 2023 23:41:00 | Duquesne Light Company, c/o Allison Carr, Bernstein Law Firm, P.C., 707 Grant St. Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1900 |
| 14707231 | + | Email/Text: SAABankruptcy@fcbanking.com | Feb 08 2023 23:40:00 | First Commonwealth Bank, 601 Philadelphia St, Indiana, PA 15701-3952 |
| 14707228 | | EDI: JPMORGANCHASE | Feb 09 2023 04:44:00 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14725838 | + | Email/Text: KubotaBKNotices@nationalbankruptcy.com | Feb 08 2023 23:40:00 | Kubota Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14707234 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 08 2023 23:40:00 | Midland Funding, PO Box 2011, Warren, MI 48090-2011 |
| 14707235 | | EDI: PENNDEPTREV | Feb 09 2023 04:44:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0496 |
| 14707235 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 08 2023 23:40:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0496 |
| 14707237 | | EDI: PRA.COM | Feb 09 2023 04:44:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 14707238 | + | EDI: RECOVERYCORP.COM | Feb 09 2023 04:44:00 | PRA Receivables Management, PO Box 41021, Norfolk, VA 23541-1021 |
| 14728137 | | EDI: PENNDEPTREV | Feb 09 2023 04:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14728137 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 08 2023 23:40:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14727220 | + | EDI: RMSC.COM | Feb 09 2023 04:44:00 | SYNCB/Dicks, PO BOX 965024, Orlando, FL 32896-5024 |
| 14727222 | + | EDI: RMSC.COM | Feb 09 2023 04:44:00 | SYNCB/LOWES, PO Box 965036, Orlando, FL 32896-5036 |
| 14727223 | + | EDI: RMSC.COM | Feb 09 2023 04:44:00 | SYNCB/SAMS CLUB, PO Box 965036, Orlando, FL 32896-5036 |
| 14727224 | + | EDI: RMSC.COM | Feb 09 2023 04:44:00 | SYNCHRONY BANK, PO BOX 965024, Orlando, FL 32896-5024 |
| 14727221 | + | EDI: RMSC.COM | Feb 09 2023 04:44:00 | Syncb/Jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 14792817 | + | EDI: RMSC.COM | Feb 09 2023 04:44:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14757815 | | EDI: AIS.COM | Feb 09 2023 04:44:00 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14707239 | + | EDI: WFFC2 | Feb 09 2023 04:44:00 | Wells Fargo Bank, N.A., PO Box 10438, Des Moines, IA 50306-0438 |
| 14740921 | | EDI: WFFC2 | Feb 09 2023 04:44:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 28

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID**     **Bypass Reason   Name and Address**

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 4 |
| Date Rcvd: Feb 08, 2023 | Form ID: 3180W | Total Noticed: 40 |

| | | |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | Kubota Credit Corporation |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | Clearview Federal Credit Union, 8805 University Boulevard, Moon Township, PA 15108-4212 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14727199 | *+ | Alliance Laundry Systems LLC, c/o Kohner, Mann & Kailas, S.C., 4650 North Port Washington Road, Milwaukee, WI 53212-1077 |
| 14727200 | * | Beaver Co Drs, Court House Annex Third, Beaver, PA 15009 |
| 14727201 | *+ | Beaver County Tax Claim Bureau, 810 3rd Street, Beaver, PA 15009-2139 |
| 14727206 | *+ | Clearview Federal Credit Union, 8805 University Blvd., Moon Township, PA 15108-4212 |
| 14727207 | * | Dorothy Michalek, 2058 Broadhead Road, Aliquippa, PA 15001 |
| 14727210 | *+ | First Commonwealth Bank, 601 Philadelphia St, Indiana, PA 15701-3952 |
| 14727205 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14727211 | * | Kubota Credit Corporat, 4400 Amon Carter Blvd St, Fort Worth, TX 76155 |
| 14976767 | *+ | Kubota Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14727213 | *+ | McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1220 |
| 14727214 | *+ | Midland Funding, PO Box 2011, Warren, MI 48090-2011 |
| 14757267 | *+ | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14727215 | * | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0496 |
| 14727218 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 14727219 | *+ | PRA Receivables Management, PO Box 41021, Norfolk, VA 23541-1021 |
| 14708326 | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14727225 | *+ | Wells Fargo Bank, N.A., PO Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 2 Undeliverable, 20 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2023   Signature:   /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2023 at the address(es) listed below:

**Name**          **Email Address**

Brian Nicholas
on behalf of Creditor Kubota Credit Corporation bnicholas@kmllawgroup.com

J. Philip Colavincenzo
on behalf of Creditor Beaver County Tax Claim Bureau colavincenzolaw@verizon.net

Joshua I. Goldman
on behalf of Creditor MCLP Asset Company Inc. josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Paul W. McElrath, Jr.
on behalf of Debtor Steven G. Skeriotis ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Feb 08, 2023 | Form ID: 3180W | Total Noticed: 40 |

Preston D. Jaquish
    on behalf of Creditor First Commonwealth Bank pjaquish@lenderlaw.com

Robert J. Taylor
    on behalf of Creditor Beaver County Tax Claim Bureau rjt52@hotmail.com barristerob@gmail.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Samuel James Pasquarelli
    on behalf of Creditor Clearview Federal Credit Union sjp@sgkpc.com pms@sgkpc.com

TOTAL: 10