IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
2/8/23 2:37 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
STEVEN G. SKERIOTIS

Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:17-24051

Chapter 13

Related to Dkt. No. 152

## ORDER OF COURT

AND NOW, this 8th day of February 2023, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

# ENTERED BY DEFAULT

BY THE COURT:

_____
GREGORY L. TADDONIO      jah
CHIEF UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Steven G. Skeriotis  
    Debtor

Case No. 17-24051-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Feb 08, 2023      Form ID: pdf900      Total Noticed: 39

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Steven G. Skeriotis, 4406 South Beverly Drive, Aliquippa, PA 15001-4649 |
| cr | + | Beaver County Tax Claim Bureau, Beaver County Courthouse, 810 Third Street, Beaver, PA 15009-2100 |
| cr | + | First Commonwealth Bank, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| cr | + | MCLP Asset Company, Inc., Padgett Law Group, 6267 Old Water Oak Road, Suite 203, Tallahasee, FL 32312-3858 |
| 14707225 | + | Alliance Laundry Systems LLC, c/o Kohner, Mann & Kailas, S.C., 4650 North Port Washington Road, Milwaukee, WI 53212-1077 |
| 14707226 | | Beaver Co Drs, Court House Annex Third, Beaver, PA 15009 |
| 14707227 | + | Beaver County Tax Claim Bureau, 810 3rd Street, Beaver, PA 15009-2139 |
| 14707230 | | Dorothy Michalek, 2058 Broadhead Road, Aliquippa, PA 15001 |
| 14727209 | + | Farneth & Thomasvich, 437 Grant St #1000, Pittsburgh, PA 15219-6013 |
| 14735192 | + | First Commonwealth Bank, c/o Preston Jaquish, Esquire, McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue Pittsburgh, PA 15222-1220 |
| 14707232 | | Kubota Credit Corporat, 4400 Amon Carter Blvd St, Fort Worth, TX 76155 |
| 14707233 | + | McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1220 |
| 14727216 | + | PA SCDU, PO Box 69110, Harrisburg, PA 17106-9110 |
| 14707236 | #+ | Patricia Skeriotis, 1206 N. Larrabee Street, Hollywood, CA 90069-2004 |
| 14727217 | #+ | Patricia Skeriotis, 1206 N. Larrabee Street, Los Angeles, CA 90069-2004 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14727202 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 08 2023 23:53:18 | Best Buy/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14727204 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 08 2023 23:53:12 | CBUSA/Sears, 13200 Smith Road, Cleveland, OH 44130-7802 |
| 14727203 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 08 2023 23:53:06 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14707229 | + | Email/Text: bankruptcy@clearviewfcu.org | Feb 08 2023 23:40:00 | Clearview Federal Credit Union, 8805 University Blvd., Moon Township, PA 15108-4212 |
| 14727212 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 08 2023 23:53:08 | Macys dsnb, 9111 Duke Boulevard, Mason, OH 45040 |
| 15149655 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 08 2023 23:40:00 | Department of Treasury, Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14727208 | + | Email/Text: kburkley@bernsteinlaw.com | Feb 08 2023 23:41:00 | Duquesne Light Company, c/o Allison Carr, Bernstein Law Firm, P.C., 707 Grant St. Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1900 |
| 14707231 | + | Email/Text: SAABankruptcy@fcbanking.com | Feb 08 2023 23:40:00 | First Commonwealth Bank, 601 Philadelphia St, Indiana, PA 15701-3952 |
| 14707228 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 08, 2023 | Form ID: pdf900 | Total Noticed: 39 |

| | | | | |
|---|---|---|---|---|
| | | | Feb 08 2023 23:53:10 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14725838 | + | Email/Text: KubotaBKNotices@nationalbankruptcy.com | | |
| | | | Feb 08 2023 23:40:00 | Kubota Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14707234 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Feb 08 2023 23:40:00 | Midland Funding, PO Box 2011, Warren, MI 48090-2011 |
| 14707235 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | | Feb 08 2023 23:40:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0496 |
| 14707237 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Feb 08 2023 23:53:07 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 14707238 | + | Email/PDF: rmscedi@recoverycorp.com | | |
| | | | Feb 08 2023 23:53:12 | PRA Receivables Management, PO Box 41021, Norfolk, VA 23541-1021 |
| 14728137 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | | Feb 08 2023 23:40:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14727220 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Feb 08 2023 23:53:07 | SYNCB/Dicks, PO BOX 965024, Orlando, FL 32896-5024 |
| 14727222 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Feb 08 2023 23:53:07 | SYNCB/LOWES, PO Box 965036, Orlando, FL 32896-5036 |
| 14727223 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Feb 08 2023 23:53:12 | SYNCB/SAMS CLUB, PO Box 965036, Orlando, FL 32896-5036 |
| 14727224 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Feb 08 2023 23:53:17 | SYNCHRONY BANK, PO BOX 965024, Orlando, FL 32896-5024 |
| 14727221 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Feb 08 2023 23:53:12 | Syncb/Jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 14792817 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Feb 08 2023 23:53:07 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14757815 | | Email/PDF: ebn_ais@aisinfo.com | | |
| | | | Feb 08 2023 23:53:11 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14707239 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | | Feb 08 2023 23:53:10 | Wells Fargo Bank, N.A., PO Box 10438, Des Moines, IA 50306-0438 |
| 14740921 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | | Feb 08 2023 23:53:10 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 24

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | Kubota Credit Corporation |
| cr | *+ | Clearview Federal Credit Union, 8805 University Boulevard, Moon Township, PA 15108-4212 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14727199 | *+ | Alliance Laundry Systems LLC, c/o Kohner, Mann & Kailas, S.C., 4650 North Port Washington Road, Milwaukee, WI 53212-1077 |
| 14727200 | * | Beaver Co Drs, Court House Annex Third, Beaver, PA 15009 |
| 14727201 | *+ | Beaver County Tax Claim Bureau, 810 3rd Street, Beaver, PA 15009-2139 |
| 14727206 | *+ | Clearview Federal Credit Union, 8805 University Blvd., Moon Township, PA 15108-4212 |
| 14727207 | * | Dorothy Michalek, 2058 Broadhead Road, Aliquippa, PA 15001 |
| 14727210 | *+ | First Commonwealth Bank, 601 Philadelphia St, Indiana, PA 15701-3952 |
| 14727205 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14727211 | * | Kubota Credit Corporat, 4400 Amon Carter Blvd St, Fort Worth, TX 76155 |
| 14976767 | *+ | Kubota Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Feb 08, 2023 | Form ID: pdf900 | Total Noticed: 39 |

| | | |
|---|---|---|
| 14727213 | *+ | McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1220 |
| 14727214 | *+ | Midland Funding, PO Box 2011, Warren, MI 48090-2011 |
| 14757267 | *+ | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14727215 | * | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0496 |
| 14727218 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 14727219 | *+ | PRA Receivables Management, PO Box 41021, Norfolk, VA 23541-1021 |
| 14708326 | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14727225 | *+ | Wells Fargo Bank, N.A., PO Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 2 Undeliverable, 19 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2023            Signature:            /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Kubota Credit Corporation bnicholas@kmllawgroup.com |
| J. Philip Colavincenzo | on behalf of Creditor Beaver County Tax Claim Bureau colavincenzolaw@verizon.net |
| Joshua I. Goldman | on behalf of Creditor MCLP Asset Company  Inc. josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Paul W. McElrath, Jr. | on behalf of Debtor Steven G. Skeriotis ecf@mcelrathlaw.com  donotemail.ecfbackuponly@gmail.com |
| Preston D. Jaquish | on behalf of Creditor First Commonwealth Bank pjaquish@lenderlaw.com |
| Robert J. Taylor | on behalf of Creditor Beaver County Tax Claim Bureau rjt52@hotmail.com  barristerob@gmail.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Samuel James Pasquarelli | on behalf of Creditor Clearview Federal Credit Union sjp@sgkpc.com  pms@sgkpc.com |

TOTAL: 10