IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Steven G. Skeriotis | : | Bankruptcy No. 17-24051-GLT |
| | : | Chapter     13 |
| Debtor | : | |
| | : | |
| | : | Document No. 152 |
| Movant Ronda J. Winnecour, Trustee | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| Respondent (if none, then "No Respondent") | : | |
| No Respondent | | |

## NOTICE OF CHANGE OF ADDRESS

Undeliverable Address:

    Creditor Name:   Patricia Skeriotis

    Incorrect Address: 1206 N. Larrabee Street
        Hollywood, CA 90069

Corrected Address:

    Creditor Name:   Patricia Skeriotis

    Correct Address:  200 N. Swall Drive #252
        Beverly Hills, CA 90211

Dated   8/1/2012  4/26/23

               Electronic Signature of Debtor(s)' Attorney

               Typed Name
               PATRICIA SKERIOTIS

               Address
               200 N. SWALL DR.
               #252
               BEVERLY HILLS, CA 90211

RECEIVED

MAY - 3 2023

CLERK, U.S. BANKRUPTCY COURT
WEST DIST OF PENNSYLANIA

               Phone No.
               310 - 508 - 0665
               Bar I.D. and State of Admission

Patricia Steriotis
200 N Swall Dr
Apt L252
Beverly Hills, CA 90211

LOS ANGELES CA 900
26 APR 2023 PM 8 L

c/o michael Rhodes/chpnge of Moddress
RHODES
U.S. Bankruptcy Court
5414 U.S. Steel Tower
600 GRANT ST
PittsBURGh; PA 15219

**Patricia Skentelis**
200 N Swall Dr
Apt L252
Beverly Hills, CA 90211

← NEW ADDRESS